AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Delaware

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION AND STEPHEN D. PESKOFF,<br><br>Plaintiff<br><br>FIXED INCOME DISCOUNT ADVISORY COMPANY,<br><br>Defendant | **SUMMONS IN A CIVIL CASE**<br><br><br>Case Number: 06 - 99 |

TO: Fixed Income Discount Advisory Company
c/o United Corporate Services, Inc.
874 Walker Road, Suite C
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

Joseph Grey, Esquire
Stevens & Lee, PC
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                February 14, 2006
CLERK                                           DATE
(By) DEPUTY CLERK

SL1 611254v1/100409.00001

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE February 15, 2006  10:40 a.m. |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Fixed Income Discount Advisory Company by serving United Corporate Services Inc, located at 874 Walker Road Suite C Dover DE 19904. Service was accepted by Paula A Lintner at 10:40

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/15/06
             Date

Signature of Server: Edward J Jones I

Address of Server: 32 Loockerman Street Suite 109 Dover DE 19904

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SL1 611254v1/100409.00001