# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**,<br><br>Plaintiffs,<br><br>v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 06-99-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED that defendant Fixed Income Discount Advisory Company shall have until March 29, 2006 to move, plead or otherwise respond to the complaint.

| | |
|---|---|
| **STEVENS & LEE, P.C.** | **EDWARDS ANGELL PALMER & DODGE LLP** |
| /s/ Joseph Grey | /s/ John L. Reed |
| Joseph Grey (I.D. No. 2632) | John L. Reed (I.D. 3023) |
| 1105 North Market Street | Denise Seastone Kraft (I.D. No. 2778) |
| Seventh Floor | 919 N. Market Street, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| 302.654.5180 | 302.777.7770 |
| 302.654.5181 (Fax) | 302.777.7263 (Fax) |
| jg@stevenslee.com | jreed@eapdlaw.com |
| | dkraft@eapdlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |