**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**,<br><br>          Plaintiffs,<br><br>     v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 06-99-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fixed Income Discount Advisory Company ("FIDAC") discloses that its parent corporation is Annaly Mortgage Management, Inc. ("Annaly"), and that Annaly owns 10% or more of FIDAC's stock.

DATED:  March 29, 2006          **EDWARDS ANGELL PALMER & DODGE LLP**

          /s/ *John L. Reed*
          John L. Reed (I.D. No. 3023)
          Denise Seastone Kraft (I.D. No. 2778)
          919 North Market Street, 15th Floor
          Wilmington, DE 19801
          302.777.7770 (Phone)
          302.777.7263 (Fax)
          jreed@eapdlaw.com
          dkraft@eapdlaw.com

- 2 -

**OF COUNSEL**:

Gerald A. Novack (*Of the New York Bar*)
**KIRKPATRICK & LOCKHART
    NICHOLSON GRAHAM LLP**
599 Lexington Avenue
New York, NY 10022
212.536.3918
212.536.3901 (Fax)

**CERTIFICATE OF SERVICE**

      I, John L. Reed, hereby certify that on March 29, 2006, the attached **DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

      Joseph Grey, Esq.
      Stevens & Lee, P.C.
      1105 North Market Street, Seventh Floor
      Wilmington, DE 19801

      **EDWARDS ANGELL PALMER & DODGE LLP**

        /s/ *John L. Reed*
      John L. Reed (I.D. 3023)
      Denise Seastone Kraft (I.D. 2778)
      919 N. Market Street, 15th Floor
      Wilmington, DE 19801
      302.777.7770
      302.777.7263
      jreed@eapdlaw.com
      dkraft@eapdlaw.com