# STEVENS & LEE
## LAWYERS & CONSULTANTS

1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180  Fax (302) 654-5181
www.stevenslee.com

Direct Dial:     (302) 425-3307
Email:           jg@stevenslee.com
Direct Fax:      (610) 371-8516

May 12, 2006

**HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
U.S. District Court
District of Delaware
844 N. King Street
Lock Box 27
Wilmington, DE 19801

Re:  **Underhill Investment Corporation v. Fixed Income Discount Advisory Company,**
     **D. Del., Civ. No. 06-099-SLR**

Dear Chief Judge Robinson:

    Pursuant to Your Honor's Order dated April 25, 2006, counsel for the parties in this case have consulted with each other and agreed to a proposed discovery plan. Enclosed is a form of scheduling order to which the parties have agreed. We look forward to discussing this proposed Order, along with any other matters which the Court wishes to discuss, at out teleconference on Tuesday morning.

    I will be available should the Court have any questions with respect to this case.

Respectfully submitted,

STEVENS & LEE

Joseph Grey

JG:jg
Enclosure

cc:  John L. Reed, Esquire (By Hand, w/encl.)

Philadelphia  •  Reading  •  Valley Forge  •  Lehigh Valley  •  Harrisburg  •  Lancaster  •  Scranton
Williamsport  •  Wilkes-Barre  •  Princeton  •  Cherry Hill  •  New York  •  Wilmington

A PROFESSIONAL CORPORATION

SL1 634857v1/100409.00001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION and STEPHEN D. PESKOFF, | ) ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 06-99-SLR |
| v. | ) ) ) | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | ) ) ) ) | |
| Defendant | ) | |

O R D E R

At Wilmington this ____ day of _____ 2006, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by May 19, 2006 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

(a) Discovery will be needed on the following subjects: all information relevant to the claims in the complaint and the defenses in the answer, including: the oral and written agreements between plaintiffs and defendant; the parties' performance under the agreements; the value of the services provided by plaintiffs to defendant; damages and remedies; the relationship and dealings between plaintiffs and defendant; the involvement of plaintiffs in defendant's development of the Premier and MBS Trusts; and the circumstances surrounding the dissolution of plaintiff Underhill.

1

  (b) All discovery shall be commenced in time to be completed by December 31, 2006.

  (c) Maximum of 15 interrogatories by each party to any other party.

  (d) Maximum of 25 requests for admission by each party to any other party.

  (e) Maximum of 10 depositions by plaintiff and 10 by defendant.

  (f) Each deposition limited to a maximum of seven hours unless extended by agreement of parties.

  (g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by February 7, 2007. Rebuttal expert reports due by March 5, 2007.

  (h) **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The Court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

  3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before August 31, 2006.

  4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

  5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before April 30, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the Court.

SL1 634738v1/100409.00001

6. **Applications by Motion.** Any application to the Court shall be by written motion filed with the clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to chambers. **Any nondispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7. **Motions in Limine.** All motions in limine shall be filed on or before two weeks before pretrial conference. All responses to said motions shall be filed on or before one week before pretrial conference.

8. **Pretrial Conference.** A pretrial conference will be held on _____ at ____ . m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial.** This matter is scheduled for a [day/week] bench/jury trial commencing on _____ in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
Sue L. Robinson
Chief United States District Judge