# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION ) <br> and STEPHEN D. PESKOFF, ) <br> ) <br>               Plaintiffs ) <br> ) <br> v. ) <br> ) <br> FIXED INCOME DISCOUNT ADVISORY ) <br> COMPANY, ) <br> ) <br>               Defendant ) | Civil Action No. 06-99-SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF G. THOMPSON BELL, III TO REPRESENT UNDERHILL INVESTMENT CORPORATION AND STEPHEN D. PESKOFF

Pursuant to Local Rule 83.5, and the attached certification, undersigned counsel for the Plaintiffs hereby moves the admission *Pro Hac Vice* of G. Thompson Bell, III, of Stevens & Lee, PC, 111 North Sixth Street, Reading, PA 19603, to represent Underhill Investment Corporation and Stephen D Peskoff in this civil action

Dated: May 15, 2006

STEVENS & LEE, P.C.

  /s/ *Joseph Grey*
Joseph Grey (Del. Bar No. 2358)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Telecopier: (302) 654-5181
E-mail: jg@stevenslee.com

*Counsel for Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff*

**ORDER GRANTING MOTION**

It is hereby ordered that the foregoing motion for admission *pro hac vice* is granted.

Date: May ____, 2006

_____
United States District Judge

SL1 634210v1/100409.00001

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to practice before the Court for the captioned case, am admitted in, and practicing and in good standing before the bar of the Supreme Court of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania, and U.S. Court of Appeals for the Second, Third and Ninth Circuits and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or in the course of this action. I also certify that I am generally familiar with the Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2006. I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of the foregoing motion.

G. Thompson Bell, III

## CERTIFICATE OF SERVICE

Joseph Grey hereby certifies that on May 15, 2006, true and correct copies of the foregoing *MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF G. THOMPSON BELL*, III *TO REPRESENT UNDERHILL INVESTMENT CORPORATION AND STEPHEN D PESKOFF* was served via United States First Class Mail, postage pre-paid, on counsel of record for the Defendant, identified below:

| | |
|---|---|
| John L. Reed, Esq. | Gerald A. Novack, Esq. |
| Denise Seastone Kraft , Esq. | Kirkpatrick & Lockhart |
| Edwards Angell Palmer & Dodge LLP | Nicholson Graham, LLP |
| 919 North Market Street, 15th Floor | 599 Lexington Avenue |
| Wilmington, DE 19801 | New York, NY  10022 |

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Joseph Grey
　　　　　　　　　　　　　　　　　　　　　　　　Joseph Grey (# 2358)

SL1 634210v1/100409.00001