# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**,<br><br>        Plaintiffs,<br><br>    v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 06-99-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, John Reed, certify that on this 22nd day of May, 2006, I caused a copy of the **INITIAL DISCLOSURES STATEMENT OF DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY** to be served on the parties below in the manner indicated:

### VIA HAND DELIVERY

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

DATED:  May 22, 2006        **EDWARDS ANGELL PALMER & DODGE, LLP**

  /s/  *John L. Reed*
John L. Reed (DE I.D. No. 3023)
Denise Seastone Kraft (DE I.D. No. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com

*Attorneys for Defendant*
*Fixed Income Discount Advisory Company*

**CERTIFICATE OF SERVICE**

  I, John L. Reed, hereby certify that on May 22, 2006, the attached **NOTICE OF SERVICE** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

  Joseph Grey, Esq.
  Stevens & Lee, P.C.
  1105 North Market Street, Seventh Floor
  Wilmington, DE 19801

        **EDWARDS ANGELL PALMER & DODGE LLP**

         */s/ John L. Reed*
        John L. Reed (I.D. 3023)
        Denise Seastone Kraft (I.D. 2778)
        919 N. Market Street, 15th Floor
        Wilmington, DE 19801
        302.777.7770
        302.777.7263
        jreed@eapdlaw.com
        dkraft@eapdlaw.com