IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**,<br><br>          Plaintiffs,<br><br>     v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 06-99-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

    I, John Reed, certify that on this 17th day of July, 2006, I caused a copy of the **DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS UNDERHILL INVESTMENT CORPORATION AND STEPHEN D. PESKOFF** to be served on the parties below in the manner indicated:

**VIA HAND DELIVERY**

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

DATED: July 17, 2006        **EDWARDS ANGELL PALMER & DODGE, LLP**

                                               /s/ *John L. Reed*
                                        John L. Reed (DE I.D. No. 3023)
                                        Denise Seastone Kraft (DE I.D. No. 2778)
                                        919 N. Market Street, 15th Floor
                                        Wilmington, DE 19801
                                        302.777.7770
                                        302.777.7263 (fax)
                                        jreed@eapdlaw.com
                                        dkraft@eapdlaw.com

                                        *Attorneys for Defendant*
                                        *Fixed Income Discount Advisory Company*

**CERTIFICATE OF SERVICE**

      I, John L. Reed, hereby certify that on this 17th day of July, 2006, the attached **NOTICE OF SERVICE** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

      Joseph Grey, Esq.
      Stevens & Lee, P.C.
      1105 North Market Street, Seventh Floor
      Wilmington, DE 19801

**EDWARDS ANGELL PALMER & DODGE LLP**

    /s/  John L. Reed
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com