**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**, | : : : : : : : : : : : : : : : | C.A. No. 06-99-SLR |
| Plaintiffs, | | |
| v. | | |
| **FIXED INCOME DISCOUNT ADVISORY COMPANY**, | | |
| Defendant. | | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
### (Sarah P. Kenney)

Pursuant to D. Del. L. R. 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sarah P. Kenney of the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, 599 Lexington Avenue, New York, New York 10022 to represent defendant Fixed Income Discount Advisory Company in this action.

Dated:  July 27, 2006  
          Wilmington, Delaware

**EDWARDS ANGELL PALMER & DODGE LLP**

  /s/ *Joseph B. Cicero*  
John L. Reed (I.D. No. 3023)  
Denise Seastone Kraft (I.D. No. 2778)  
Joseph B. Cicero (I.D. No. 4388)  
919 N. Market Street, 15th Floor  
Wilmington, DE 19801  
302.777.7770  
302.777.7263 (fax)  
jreed@eapdlaw.com  
dkraft@eapdlaw.com  
jcicero@eapdlaw.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* for Sarah P. Kenney is GRANTED.

Dated: _____  
                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and admitted to the United States District Courts for the Southern and Eastern Districts of New York; pursuant to Local Rule 83.6 I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's office.

Sarah P. Kenney
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.4880
Facsimile: 212.536.3901

# CERTIFICATE OF SERVICE

      I, Joseph B. Cicero, hereby certify that on July 27, 2006, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* (Sarah P. Kenney)** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    Joseph Grey, Esq.
    Stevens & Lee, P.C.
    1105 North Market Street, Seventh Floor
    Wilmington, DE 19801

**EDWARDS ANGELL PALMER & DODGE LLP**

    */s/ Joseph B. Cicero*
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com