IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION and STEPHEN D. PESKOFF, | ) ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 06-99-SLR |
| v. | ) ) ) | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | ) ) ) | |
| Defendant | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that, on August 8, 2006, copies of the Plaintiff's First Request for Production of Documents were served on counsel for Defendant by first class United States mail, postage prepaid, and addressed as follows:

Gerald A. Novack, Esquire
Kirkpatrick & Lockhart Nicholson Graham, LLP
599 Lexington Avenue
New York, NY 10022-6030

Sarah P. Kenney, Esquire
Kirkpatrick & Lockhart Nicholson Graham, LLP
599 Lexington Avenue
New York, NY 10022-6030

John L. Reed, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street
15th Floor
Wilmington, Delaware 19801

Dated: August 8, 2006

**STEVENS & LEE, P.C.**

By: */s/ Joseph Grey*
    Joseph Grey (De. Bar No. 2358)
    G. Thompson Bell, III (Pa. Bar No. 32649)
    1105 North Market Street
    Seventh Floor
    Wilmington, DE 19801
    TEL: (302) 654-5180
    FAX: (302) 654-5181
    EMAIL: jg@stevenslee.com

OF COUNSEL:

RUBEN & ARONSON, LLP
Robert L. Ruben (DC Bar No. 414580)
Marshall F. Berman (DC Bar No. 020743)
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
FAX: (301) 951-9636
EMAIL: rruben@randalaw.com

## **CERTIFICATE OF SERVICE**

       I, Joseph Grey, hereby certify that on this date, I caused copies of the foregoing Notice of Service to be served on counsel for the Defendant by first class United States mail, postage prepaid, and addressed as follows:

       Gerald A. Novack, Esquire
       Kirkpatrick & Lockhart Nicholson Graham, LLP
       599 Lexington Avenue
       New York, NY  10022-6030

       Sarah P. Kenney, Esquire
       Kirkpatrick & Lockhart Nicholson Graham, LLP
       599 Lexington Avenue
       New York, NY  10022-6030

       John L. Reed, Esquire
       Edwards Angell Palmer & Dodge
       919 North Market Street
       15th Floor
       Wilmington, Delaware  19801

                        */s/ Joseph Grey*
                        Joseph Grey