IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION and STEPHEN D. PESKOFF, | ) ) ) | |
| Plaintiffs | ) ) ) | Civil Action No. 06-99-SLR |
| v. | ) ) | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | ) ) ) ) | |
| Defendant | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MARSHALL F. BERMAN TO REPRESENT UNDERHILL INVESTMENT CORPORATION AND STEPHEN D. PESKOFF

Pursuant to Local Rule 83.5, and the attached certification, undersigned counsel for the Plaintiffs hereby moves the admission *Pro Hac Vice* of Marshall F. Berman, of Ruben & Aronson, LLP, 4800 Montgomery Lane, Suite 150, Bethesda, MD 20814, to represent Underhill Investment Corporation and Stephen D. Peskoff in this civil action.

Dated: August 11, 2006

STEVENS & LEE, P.C.

_____
Joseph Grey (Del. Bar No. 2358)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Telecopier: (302) 654-5181
E-mail: jg@stevenslee.com

*Counsel for Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff*

**ORDER GRANTING MOTION**

It is hereby ordered that the foregoing motion for admission *pro hac vice* is granted.

Date: August 11, 2006         _____
                              United States District Judge

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to practice before the Court for the captioned case, am admitted in, and practicing and in good standing before the bar of the District of Columbia and the Commonwealth of Virginia and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or in the course of this action. I also certify that I am generally familiar with the Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2006. I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of the foregoing motion.

Marshall F. Berman (DC Bar ID # 20743)

## CERTIFICATE OF SERVICE

Joseph Grey hereby certifies that on August \_\_11\_\_, 2006, true and correct copies of the foregoing *MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF MARSHALL F. BERMAN TO REPRESENT UNDERHILL INVESTMENT CORPORATION AND STEPHEN D PESKOFF* was served via United States First Class Mail, postage pre-paid, on counsel of record for the Defendant, identified below:

| | |
|---|---|
| John L. Reed, Esq.<br>Denise Seastone Kraft , Esq.<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | Gerald A. Novack, Esq.<br>Kirkpatrick & Lockhart<br>Nicholson Graham, LLP<br>599 Lexington Avenue<br>New York, NY  10022 |

/s/ Joseph Grey
Joseph Grey (# 2358)

SL1 634318v1/100409.00001