## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNDERHHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF,**<br><br>Plaintiffs,<br><br>v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY,**<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:    C.A.  No. 06-99-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that, on August 31, 2006, Plaintiffs served their Objections and Responses to Defendant's First Request for the Production of Documents and their Objections and Responses to Defendant's First Set of Interrogatories by mailing true and correct copies of the same to counsel for the Defendant at the addresses indicated on the attached Certificate of Service.

Dated:  August 31, 2006

STEVENS & LEE, P.C.

By:  _/s/ Joseph Grey_          .
Joseph Grey (De. Bar No. 2358)
G. Thompson Bell, III (Pa. Bar No. 32649)
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181
EMAIL: jg@stevenslee.com
Counsel for Plaintiffs

RUBEN & ARONSON, LLP

Robert L. Ruben (D.C. Bar No. 414580)
Marshall F. Berman (D.C. Bar No. 020743)
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
FAX: (301) 951-9636
EMAIL: rruben@randalaw.com

Of Counsel for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

I, Joseph Grey, hereby certify that on this 31st day of August, 2006, I caused true and correct copies of the foregoing Notice of Service  to be served by first class United States mail, postage prepaid, addressed to Defendant's counsel as follows:

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> EDWARD'S ANGELL PALMER & DODGE LLP
> 919 North Market Street, 15th Floor
> Wilmington, DE 19801
>
> Gerald A.  Novack, Esquire
> KIRKPATRICK & LOCKHART
> NICHOLSON GRAHAM LLP
> 599 Lexington Avenue
> New York, New York 10022

> _/s/ Joseph Grey_
> Joseph Grey