## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**, <br><br>    Plaintiffs, <br><br> v. <br><br> **FIXED INCOME DISCOUNT ADVISORY COMPANY**, <br><br>    Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> :     C.A. No. 06-99-SLR <br> : <br> : <br> : <br> : <br> : <br> : |

### NOTICE OF SERVICE

I, John Reed, certify that on this 5th day of September, 2006, I caused a copy of the **DEFENDANT'S SUPPPLEMENTAL FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** to be served on the parties below in the manner indicated:

### VIA HAND DELIVERY

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

DATED: September 5, 2006         **EDWARDS ANGELL PALMER & DODGE, LLP**

                                       /s/ *John L. Reed*
                                       John L. Reed (I.D. No. 3023)
                                       Denise Seastone Kraft (I.D. No. 2778)
                                       Joseph B. Cicero (I.D. No. 4388)
                                       919 N. Market Street, 15th Floor
                                       Wilmington, DE 19801
                                       302.777.7770
                                       302.777.7263 (fax)
                                       jreed@eapdlaw.com
                                       dkraft@eapdlaw.com
                                       jcicero@eapdlaw.com

                                       *Attorneys for Defendant*
                                       *Fixed Income Discount Advisory Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2006, a true and correct copy of the attached **NOTICE OF SERVICE** was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

                                         **EDWARDS ANGELL PALMER & DODGE LLP**

                                         */s/ John L. Reed*
                                         John L. Reed (I.D. No. 3023)
                                         Denise Seastone Kraft (I.D. No. 2778)
                                         Joseph B. Cicero (I.D. No. 4388)
                                         919 North Market Street, Suite 1500
                                         Wilmington, DE  09801
                                         302.777.7770
                                         302.777.7263 (Fax)
                                         jreed@eapdlaw.com
                                         dkraft@eapdlaw.com
                                         jcicero@eapdlaw.com