## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**, | : |
| | : |
| | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A. No. 06-99-SLR |
| | : |
| **FIXED INCOME DISCOUNT ADVISORY COMPANY**, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Joseph B. Cicero, hereby certify that on this 7th day of September, 2006, I caused a copy of the **NOTICE OF DEPOSITION** to be served on the parties below in the manner indicated:

### VIA HAND DELIVERY

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

DATED:  September 7, 2006          **EDWARDS ANGELL PALMER & DODGE, LLP**

_/s/ Joseph B. Cicero_
John L. Reed (DE I.D. 3023)
Denise Seastone Kraft (DE I.D. 2778)
Joseph B. Cicero (DE I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com

_Attorneys for Defendant_
_Fixed Income Discount Advisory Company_

## CERTIFICATE OF SERVICE

I, Joseph B. Cicero, hereby certify that on September 7, 2006, the attached **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**EDWARDS ANGELL PALMER & DODGE LLP**

_/s/ Joseph B. Cicero_
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com

WLM_505999_1/