IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**,<br><br>        Plaintiffs,<br><br>   v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>        Defendant. | C.A. No. 06-99-SLR |

## NOTICE OF SERVICE

    I, Joseph B. Cicero, hereby certify that on this 28th day of September, 2006, I caused a copy of the **RESPONSES AND OBJECTIONS OF FIXED INCOME DISCOUNT ADVISORY COMPANY TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS** to be served on the parties below in the manner indicated:

**VIA HAND DELIVERY**

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

DATED:  September 28, 2006 **EDWARDS ANGELL PALMER & DODGE, LLP**

  /s/  *Joseph B. Cicero*
John L. Reed (DE I.D. 3023)
Denise Seastone Kraft (DE I.D. 2778)
Joseph B. Cicero (DE I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com

*Attorneys for Defendant*
*Fixed Income Discount Advisory Company*

**CERTIFICATE OF SERVICE**

      I, Joseph B. Cicero, hereby certify that on September 28, 2006, the attached **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

      Joseph Grey, Esq.
      Stevens & Lee, P.C.
      1105 North Market Street, 7th Floor
      Wilmington, DE 19801

                      **EDWARDS ANGELL PALMER & DODGE LLP**

                        */s/ Joseph B. Cicero*
                      John L. Reed (I.D. 3023)
                      Denise Seastone Kraft (I.D. 2778)
                      Joseph B. Cicero (I.D. 4388)
                      919 N. Market Street, 15th Floor
                      Wilmington, DE 19801
                      302.777.7770
                      302.777.7263
                      jreed@eapdlaw.com
                      dkraft@eapdlaw.com
                      jcicero@eapdlaw.com