# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**, | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-99-SLR |
| v. | : : | |
| **FIXED INCOME DISCOUNT ADVISORY COMPANY**, | : : : | |
| Defendant. | : : | |

## NOTICE OF SERVICE

    I, Joseph B. Cicero, hereby certify that on this 2nd day of October, 2006, I caused a copy of the **AMENDED NOTICE OF DEPOSITION** to be served on the parties below in the manner indicated:

### VIA HAND DELIVERY

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

DATED: October 2, 2006        **EDWARDS ANGELL PALMER & DODGE, LLP**

                                                 /s/ *Joseph B. Cicero*
                                                John L. Reed (DE I.D. 3023)
                                                Denise Seastone Kraft (DE I.D. 2778)
                                                Joseph B. Cicero (DE I.D. 4388)
                                                919 N. Market Street, 15th Floor
                                                Wilmington, DE 19801
                                                302.777.7770
                                                302.777.7263 (fax)
                                                jreed@eapdlaw.com
                                                dkraft@eapdlaw.com
                                                jcicero@eapdlaw.com

                                                *Attorneys for Defendant*
                                                *Fixed Income Discount Advisory Company*

## CERTIFICATE OF SERVICE

      I, Joseph B. Cicero, hereby certify that on October 2, 2006, the attached **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

      Joseph Grey, Esq.
      Stevens & Lee, P.C.
      1105 North Market Street, 7th Floor
      Wilmington, DE 19801

**EDWARDS ANGELL PALMER & DODGE LLP**

  */s/ Joseph B. Cicero*
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com