## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION and STEPHEN D. PESKOFF, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 06-99-SLR |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **17th** day of **November, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, November 30, 2006 at 9:00 a.m.** with Judge Thynge to discuss the status of the case and the mediation conference tentatively scheduled for Thursday, February 22, 2007 beginning at 10:00 a.m. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE