IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**, <br><br> Plaintiffs, <br><br> v. <br><br> **FIXED INCOME DISCOUNT ADVISORY COMPANY**, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : C.A. No. 06-99-SLR <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF SERVICE**

    I, Joseph B. Cicero, hereby certify that on this 29th day of November, 2006, I caused a copy of the **NOTICE OF DEPOSITION** to be served on the parties below in the manner indicated:

**VIA HAND DELIVERY**

    Joseph Grey, Esq.
    Stevens & Lee, P.C.
    1105 North Market Street, 7th Floor
    Wilmington, DE 19801

DATED: November 29, 2006    **EDWARDS ANGELL PALMER & DODGE, LLP**

                                          /s/ *Joseph B. Cicero*
                                       John L. Reed (DE I.D. 3023)
                                       Denise Seastone Kraft (DE I.D. 2778)
                                       Joseph B. Cicero (DE I.D. 4388)
                                       919 N. Market Street, 15th Floor
                                       Wilmington, DE 19801
                                       302.777.7770
                                       302.777.7263 (fax)
                                       jreed@eapdlaw.com
                                       dkraft@eapdlaw.com
                                       jcicero@eapdlaw.com

                                       *Attorneys for Defendant*
                                       *Fixed Income Discount Advisory Company*

**CERTIFICATE OF SERVICE**

I, Joseph B. Cicero, hereby certify that on November 29, 2006, the attached **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> Joseph Grey, Esq.
> Stevens & Lee, P.C.
> 1105 North Market Street, 7th Floor
> Wilmington, DE 19801

**EDWARDS ANGELL PALMER & DODGE LLP**

 /s/ Joseph B. Cicero
John L. Reed (I.D. 3023)
Denise Seastone Kraft (I.D. 2778)
Joseph B. Cicero (I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com