# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION and STEPHEN D. PESKOFF, | : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 06-99-SLR |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : |
| Defendant. | : : |

## ORDER

At Wilmington this **30th** day of **November, 2006**,

IT IS ORDERED that the mediation conference tentatively scheduled for Thursday, February 22, 2007 beginning at 10:00 a.m has been tentatively rescheduled to **Friday, September 7, 2007 at 9:00 a.m.** Submissions of the parties shall now be due on or before **Friday, August 24, 2007.** All other provisions of the Court's June 12, 2006 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that teleconferences have been scheduled with Judge Thynge to discuss the status of the case and the tentative mediation date as follows:

**Wednesday, June 13, 2007 at 9:00 a.m.** to be initiated by plaintiffs' counsel.

**Thursday, August 16, 2007 at 8:30 a.m.** to be initiated by defense counsel.

      Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                      /s/ Mary Pat Thynge  
                                      UNITED STATES MAGISTRATE JUDGE