IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : | |
| Plaintiffs | : : | Civil Action No. 06-0099-SLR |
| v. | : : : | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION**

TO:    John L. Reed, Esquire
Denise Seastone Kraft, Esquire
Joseph B. Cicero
Edwards Angell Palmer & Dodge, LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Ronald D. Kazel upon oral examination before a notary public or other officer authorized by law to administer oaths on **December 14, 2006**, at the offices of **Stevens & Lee, P.C., 1818 Market Street, 29th Floor, Philadelphia, PA 19103**; commencing at **9:00 a.m., EST**, and continuing from day to day thereafter until completed, or at such other place and time as shall be mutually agreeable between the parties and their counsel.

This deposition shall be taken for the purpose of discovery or for use as evidence in this action pursuant to the Federal Rules of Civil Procedure and Federal Rules of Evidence.

You are invited to attend and cross examine the deponent.

Dated: December 6, 2006             STEVENS & LEE, P.C.

                                    By: _/s/ Joseph Grey_____
                                        Joseph Grey (DE Bar No,. 2358)
                                        G. Thompson Bell, III, *pro hac vice*
                                        Pa. Attorney I.D. No. 32649
                                        1105 North Market Street
                                        Seventh Floor
                                        Wilmington, DE 19801
                                        TEL: (302) 654-5180
                                        FAX: (302) 654-5181
                                        EMAIL: jg@stevenslee.com
                                        gtb@stevenslee.com

                                    OF COUNSEL:

                                    RUBEN & ARONSON, LLP
                                    Robert L. Ruben, *pro hac vice*
                                    D.C. Attorney I.D. No. 414580
                                    Marshall F. Berman, *pro hac vice*
                                    D.C. Attorney I.D. No. 020743
                                    4800 Montgomery Lane, Suite 150
                                    Bethesda, MD 20814
                                    TEL: (301) 951-9696
                                    FAX: (301) 951-9636
                                    EMAIL: rruben@randalaw.com
                                    mberman@randalaw.com

                                    *Attorneys for Plaintiffs*
                                    *Underhill Investment Corp. and Stephen D. Peskoff*

## **CERTIFICATE OF SERVICE**

      I, Joseph Grey, hereby certify that on this 6th day of December, 2006, and in addition to the service provided under the Court's CM/ECF system, I caused true and correct copies of the foregoing Notice of Deposition to be served by first class United States mail, postage prepaid, addressed to Defendant's counsel as follows:

      John L. Reed, Esquire
      Denise Seastone Kraft, Esquire
      EDWARD'S ANGELL PALMER & DODGE LLP
      919 North Market Street, 15th Floor
      Wilmington, DE 19801

      Gerald A. Novack, Esquire
      KIRKPATRICK & LOCKHART
      NICHOLSON GRAHAM LLP
      599 Lexington Avenue
      New York, New York 10022

       /s/ Joseph Grey
      Joseph Grey