IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : | |
| Plaintiffs | : : | Civil Action No. 06-0099-SLR |
| v. | : : : | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : | |
| Defendant. | : : | |

**NOTICE OF DEPOSITION**

TO:   John L. Reed, Esquire
　　　Denise Seastone Kraft, Esquire
　　　Joseph B. Cicero, Esquire
　　　Edwards Angell Palmer & Dodge, LLP
　　　919 N. Market Street, 15th Floor
　　　Wilmington, DE 19801

　　　PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of **Michael A.J. Farrell** upon oral examination before a notary public or other officer authorized by law to administer oaths on **December 15, 2006**, at the offices of **Stevens & Lee, P.C., 1818 Market Street, 29th Floor, Philadelphia, PA 19103**; commencing at **9:00 a.m., EST**, and continuing from day to day thereafter until completed, or at such other place and time as shall be mutually agreeable between the parties and their counsel.

　　　This deposition shall be taken for the purpose of discovery or for use as evidence in this action pursuant to the Federal Rules of Civil Procedure and Federal Rules of Evidence.

You are invited to attend and cross examine the deponent.

Dated: December 6, 2006                                       STEVENS & LEE, P.C.

By: /s/ Joseph Grey
Joseph Grey (DE Bar No. 2358)
G. Thompson Bell, III, *pro hac vice*
Pa. Attorney I.D. No. 32649
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181
EMAIL: jg@stevenslee.com
gtb@stevenslee.com

OF COUNSEL:

RUBEN & ARONSON, LLP
Robert L. Ruben, *pro hac vice*
D.C. Attorney I.D. No. 414580
Marshall F. Berman, *pro hac vice*
D.C. Attorney I.D. No. 020743
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
FAX: (301) 951-9636
EMAIL: rruben@randalaw.com
mberman@randalaw.com

*Attorneys for Plaintiffs*
*Underhill Investment Corp. and Stephen D. Peskoff*

## **CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that on this 6th day of December, 2006, and in addition to the service provided under the Court's CM/ECF system, I caused true and correct copies of the foregoing Notice of Deposition to be served by first class United States mail, postage prepaid, addressed to Defendant's counsel as follows:

>John L. Reed, Esquire
>Denise Seastone Kraft, Esquire
>EDWARD'S ANGELL PALMER & DODGE LLP
>919 North Market Street, 15th Floor
>Wilmington, DE 19801
>
>Gerald A. Novack, Esquire
>KIRKPATRICK & LOCKHART
>NICHOLSON GRAHAM LLP
>599 Lexington Avenue
>New York, New York 10022

>*/s/ Joseph Grey*
>Joseph Grey