**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION and STEPHEN D. PESKOFF, </br></br>              Plaintiffs </br></br>     v. </br></br> FIXED INCOME DISCOUNT ADVISORY COMPANY, </br></br>              Defendant | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 06-99-SLR |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
OF TODD J. COOK TO REPRESENT UNDERHILL INVESTMENT
<u>CORPORATION AND STEPHEN D. PESKOFF</u>**

Pursuant to Local Rule 83.5, and the attached certification, undersigned counsel for the Plaintiffs hereby moves the admission *Pro Hac Vice* of Todd J. Cook of Stevens & Lee, P.C., 111 North Sixth Street, Reading, PA 19603, to represent Underhill Investment Corporation and Stephen D Peskoff in this civil action.

Dated: January 9, 2007                    STEVENS & LEE, P.C.

　　　　　　　　　　　　　　　　　　　　　 /s/ *Joseph Grey*　　　　　　　
　　　　　　　　　　　　　　　　　　　　Joseph Grey (Del. Bar No. 2358)
　　　　　　　　　　　　　　　　　　　　1105 North Market Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　Telephone:  (302) 654-5180
　　　　　　　　　　　　　　　　　　　　Telecopier:  (302) 654-5181
　　　　　　　　　　　　　　　　　　　　E-mail: jg@stevenslee.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Underhill Investment*
　　　　　　　　　　　　　　　　　　　　*Corporation and Stephen D. Peskoff*

**ORDER GRANTING MOTION**

It is hereby ordered that the foregoing motion for admission *pro hac vice* is granted.

Date: January ____, 2007                    _____
　　　　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to practice before the Court for the captioned case, am admitted in, and practicing and in good standing before the bar of the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Middle District of Pennsylvania, the U.S. District Court for the District of New Jersey, and the U.S. Court of Appeals for the Third Circuit and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or in the course of this action. I also certify that I am generally familiar with the Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2006. I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of the foregoing motion.

Todd J. Cook

## CERTIFICATE OF SERVICE

Joseph Grey hereby certifies that on January 9, 2007, true and correct copies of the foregoing *MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF TODD J. COOK TO REPRESENT UNDERHILL INVESTMENT CORPORATION AND STEPHEN D PESKOFF* was served via United States First Class Mail, postage pre-paid, on counsel of record for the Defendant, identified below:

| | |
|---|---|
| John L. Reed, Esq. | Gerald A. Novack, Esq. |
| Denise Seastone Kraft , Esq. | Kirkpatrick & Lockhart |
| Edwards Angell Palmer & Dodge LLP | Nicholson Graham, LLP |
| 919 North Market Street, 15th Floor | 599 Lexington Avenue |
| Wilmington, DE 19801 | New York, NY  10022 |

                                                   /s/ Joseph Grey
                                                 Joseph Grey (# 2358)