## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through Stephen D. Peskoff as successor in interest,* and **STEPHEN D. PESKOFF**, *individually,*<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:　C.A. No. 06-99-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE, that effective January 1, 2007, the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP, co-counsel for Defendant Fixed Income Discount Advisory Company ("FIDAC") in the above-referenced proceeding, has combined with the law firm of Preston Gates & Ellis LLP, to form the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP.

FIDAC hereby requests that all parties send copies of all correspondence, including electronic correspondence, orders, electronic notices, motions, and pleadings to counsel at the addresses set forth below. FIDAC also requests that the Clerk of the Court make note of the new firm name and the new e-mail addresses for the two attorneys appearing *pro hac vice* on FIDAC's behalf in this action: Gerald A. Novack (gerald.novack@klgates.com) and Sarah P. Kenney (sarah.kenney@klgates.com).

DATED:  January 10, 2007        **EDWARDS ANGELL PALMER & DODGE, LLP**

     */s/ Joseph B. Cicero*
John L. Reed (DE I.D. 3023)
Denise Seastone Kraft (DE I.D. 2778)
Joseph B. Cicero (DE I.D. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263 (fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com

   - and -

Gerald A. Novack (*pro hac vice*)
Sarah P. Kenney (*pro hac vice*)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, New York 10022
212.536.3918 (Phone)
212.536.3901 (Fax)

## CERTIFICATE OF SERVICE

I, Joseph B. Cicero, hereby certify that on January 10, 2007, the attached **NOTICE OF CHANGE OF FIRM NAME** was served by e-filing upon the following counsel of record:

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

**EDWARDS ANGELL PALMER & DODGE LLP**


  /s/ Joseph B. Cicero
John L. Reed (DE Bar No. 3023)
Denise Seastone Kraft (DE Bar No. 2778)
Joseph B. Cicero (DE Bar No.  4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com

_507583_1/