# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **UNDERHILL INVESTMENT CORPORATION** and **STEPHEN D. PESKOFF**, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 06-99-SLR |
| **FIXED INCOME DISCOUNT ADVISORY COMPANY**, | : : : | |
| Defendant. | : : | |

## NOTICE OF SERVICE

     I, John L. Reed, hereby certify that on this 12th day of March, 2007, I caused a copy of the **DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFFS' UNDERHILL INVESTMENT CORPORATION AND STEPHEN D. PESKOFF** to be served on the parties below in the manner indicated:

### VIA HAND DELIVERY

     Joseph Grey, Esq.
     Stevens & Lee, P.C.
     1105 North Market Street, 7th Floor
     Wilmington, DE 19801

DATED:  March 12, 2007          **EDWARDS ANGELL PALMER & DODGE, LLP**

　　　　　　　　　　　　　　　 _/s/  John L. Reed_
                                John L. Reed (I.D. No. 3023)
                                Denise Seastone Kraft (I.D. No. 2778)
                                Joseph B. Cicero (I.D. No. 4388)
                                919 N. Market Street, 15th Floor
                                Wilmington, DE 19801
                                302.777.7770
                                302.777.7263 (fax)
                                jreed@eapdlaw.com
                                dkraft@eapdlaw.com
                                jcicero@eapdlaw.com

                                _Attorneys for Defendant_
                                _Fixed Income Discount Advisory Company_

## <u>CERTIFICATE OF SERVICE</u>

I, John L. Reed, hereby certify that on March 12th the attached **NOTICE OF SERVICE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801


DATED: March 12, 2007                **EDWARDS ANGELL PALMER & DODGE LLP**


_/s/ John L. Reed_
John L. Reed (I.D. No. 3023)
Denise Seastone Kraft (I.D. No. 2778)
Joseph B. Cicero (I.D. No.  4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com