# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE 19801  302.777.7770  *fax* 302.777.7263  eapdlaw.com

JOHN L. REED
Partner
302.425.7114
*fax* 888.325.9741
jreed@eapdlaw.com

April 27, 2007

**_BY HAND_**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
    District of Delaware
J. Caleb Boggs Federal Building
44 North King Street
Wilmington, DE 19801

Re:   *Underhill Investment Corporation, et al., v. FIDAC*
      **Civil Action No. 06-99-SLR**

Dear Judge Robinson:

We, along with the K&L Gates LLP, represent Fixed Income Discount Advisory Company, the defendant in the referenced matter. The purpose of this letter is to seek approval from the Court for the enclosed stipulated briefing schedule regarding motions for summary judgment. Your Honor has not yet scheduled a trial date in this action, and therefore, the proposed briefing schedule would not impact the Court's trial calendar.

Under the enclosed stipulation, the parties' motions for summary judgment and accompanying opening briefs will be due on or before May 29, 2007, answer briefs will be due on or before June 26, 2007, and any reply briefs will be due on or before July 10, 2007.

Under the Court's current scheduling order dated May 16, 2006, motions for summary judgment are currently due next Monday, April 30, 2007. The requested extensions are necessary to accommodate scheduling conflicts that have recently arisen.

We are available at the Court's convenience.

Respectfully,

/s/ *John L. Reed* (DE I.D. No. 3023)

JOHN L. REED

JLR/cg
Enclosure
cc: Joseph Grey, Esq. (*e-mail*) (w/o encl.)

WLM_508769_1.DOC/

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON