IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
UNDERHILL INVESTMENT                    :
CORPORATION, by and through Stephen D.  :
Peskoff as successor in interest, and   :
STEPHEN D. PESKOFF, individually,       :
                                        :
                    Plaintiffs,         :   Civil Action No. 06-99-SLR
                                        :
        v.                              :
                                        :
FIXED INCOME DISCOUNT ADVISORY          :
COMPANY,                                :
                                        :
                    Defendant.
------------------------------------------------------x
```

**STIPULATION AND ORDER CONCERNING EXTENSION OF TIME**
**FOR THE SUBMISSION OF MOTIONS FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff ("Plaintiffs") and Defendant Fixed Income Discount Advisory Company ("Defendant"), by and through their undersigned counsel, that the deadline for submitting any motions for summary judgment shall be extended to May 29, 2007. It also stipulated and agreed that any responses to any motions for summary judgment shall be due on or before June 26, 2007, and any replies thereto shall be due on or before July 10, 2007. Pursuant to Rule 16.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, counsel for the parties hereby certify that they have advised their respective clients of this request.

DATED: April 25, 2007

| STEVENS & LEE, P.C. | EDWARDS ANGELL PALMER & DODGE LLP |
|---|---|
| /s/ Joseph Grey | /s/ John L. Reed |
| Joseph Grey (I.D. No. 2632) | John L. Reed (I.D. 3023) |
| 1105 North Market Street, Seventh Floor | Denise Seastone Kraft (I.D. No. 2778) |
| Wilmington, DE 19801 | Joseph B. Cicero (I.D. No. 4388) |
| 302.654.5180 | 919 N. Market Street, 15h Floor |
| 302.654.5181 (Fax) | Wilmington, DE 19801 |
| jg@stevenslee.com | 302.777.7770 |
|  | 302.777.7263 (Fax) |
| *Attorneys for Plaintiffs* | jreed@eapdlaw.com |
|  | dkraft@eapdlaw.com |
|  | jcicero@eapdlaw.com |
|  | *Attorneys for Defendant* |

**SO ORDERED,** this the ___ day of April, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge