IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION and STEPHEN D. PESKOFF,<br><br>                   Plaintiffs,<br><br>    v.<br><br>FIXED INCOME DISCOUNT ADVISORY COMPANY,<br><br>                   Defendant. | Civil Action No. 06-99-SLR |

### ORDER

At Wilmington this **22nd** day of **May, 2007**,

IT IS ORDERED that the mediation conference tentatively scheduled for Friday, September 7, 2007 at 9:00 a.m. is canceled.

IT IS FURTHER ORDERED that the teleconferences scheduled with Judge Thynge for Wednesday, June 13, 2007 at 9:00 a.m. to be initiated by plaintiffs' counsel and Thursday, August 16, 2007 at 8:30 a.m. to be initiated by defense counsel are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                 /s/ Mary Pat Thynge
                                                 UNITED STATES MAGISTRATE JUDGE