IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : : : : : : : : : : : : | Civil Action No. 06-0099-SLR |
| Plaintiffs | | |
| v. | | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | | |
| Defendant. | | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

AND NOW, comes Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff, by and through their counsel Stevens & Lee, P.C. and Ruben & Aronson, LLP, and move this Honorable Court for an Order granting partial summary judgment on the issue of liability with respect to Plaintiffs' claims for quantum meruit (Count I of Plaintiffs' Amended Complaint) and promissory estoppel (Count II) in favor of Plaintiffs and against Defendant Fixed Income Discount Advisory Company ("FIDAC"). In support of this motion, Plaintiffs incorporate by reference the accompanying Opening Brief and certificate of Counsel as if set forth at length here.

WHEREFORE, Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff respectfully request that the Court grant Plaintiffs' motion and enter an Order granting summary judgment on the issue of liability on Counts I and II of the Amended Complaint in favor of Plaintiffs and against Defendant, and granting such other relief as the Court deems appropriate.

SL1 718144v1/100409.00001

Dated: May 29, 2007  STEVENS & LEE, P.C.

By: _/s/ Joseph Grey_
Joseph Grey (DE Bar No. 2358)
G. Thompson Bell, III, *pro hac vice*
Pa. Attorney I.D. No. 32649
Todd J. Cook, *pro hac vice*
Pa. Attorney I.D. No. 89041
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181
EMAIL: jg@stevenslee.com
        gtb@stevenslee.com
        tjc@stevenslee.com

OF COUNSEL:

RUBEN & ARONSON, LLP

Robert L. Ruben, *pro hac vice*
D.C. Attorney I.D. No. 414580
Marshall F. Berman, *pro hac vice*
D.C. Attorney I.D. No. 020743
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
FAX: (301) 951-9636
EMAIL: rruben@randalaw.com
        mberman@randalaw.com

*Attorneys for Plaintiffs Underhill Investment Corp. and Stephen D. Peskoff*

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : : : : : : : : : : : : |
| Plaintiffs | |
| v. | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | |
| Defendant. | |

Civil Action No. 06-0099-SLR

## **ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' motion for partial summary judgment, the briefs filed in support of and opposition the motion, and after oral argument, if any, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that judgment on the issue of liability with respect to Plaintiffs' claims for quantum meruit (Count I of the Amended Complaint) and promissory estoppel (Count II of the Amended Complaint) is entered in favor of Plaintiffs and against Defendant Fixed Income Discount Advisory Company.

BY THE COURT:

_____
HONORABLE SUE L. ROBINSON
Chief United States District Judge
*United States District Court*
*for the District of Delaware*

SL1 718144v1/100409.00001

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 29th day of May, 2007, I caused true and correct copies of the foregoing Plaintiffs' Motion for Partial Summary Judgment to be served by the means indicated below and addressed to Defendant's counsel as follows:

>John L. Reed, Esquire
>Denise Seastone Kraft, Esquire
>EDWARD'S ANGELL PALMER & DODGE LLP
>919 North Market Street, 15th Floor
>Wilmington, DE 19801
>BY HAND DELIVERY
>
>Gerald A. Novack, Esquire
>KIRKPATRICK & LOCKHART
>PRESTON GATES ELLIS LLP
>599 Lexington Avenue
>New York, New York 10022
>BY FEDERAL EXPRESS

>*/s/ Joseph Grey*
>Joseph Grey