**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : | |
| Plaintiffs | : | Civil Action No. 06-0099-SLR |
| v. | : : | **CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER** |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : | **FILED UNDER SEAL** |
| Defendant. | : : : : | **This document is not to be opened or its contents displayed, copied, or revealed except by Court Order or by agreement of the parties to this action.** |

**OPENING BRIEF IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

        STEVENS & LEE, P.C.
        Joseph Grey (DE Bar No. 2358)
        G. Thompson Bell, III, *pro hac vice*
        Todd J. Cook, *pro hac vice*
        1105 North Market Street, Seventh Floor
        Wilmington, DE 19801
        TEL: (302) 654-5180
        FAX: (302) 654-5181
        EMAIL: jg@stevenslee.com
                  gtb@stevenslee.com
                  tjc@stevenslee.com

OF COUNSEL:
        RUBEN & ARONSON, LLP
        Robert L. Ruben, *pro hac vice*
        Marshall F. Berman, *pro hac vice*
        4800 Montgomery Lane, Suite 150
        Bethesda, MD 20814
        TEL: (301) 951-9696
        FAX: (301) 951-9636
        EMAIL: rruben@randalaw.com
                    mberman@randalaw.com

*Attorneys for Plaintiffs Underhill Investment Corp. and Stephen D. Peskoff*


**CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that on this 29th day of May, 2007, I caused true and correct copies of the foregoing Opening Brief In Support of Plaintiffs' Motion for Partial Summary Judgment to be served by the means indicated below addressed to Defendant's counsel as follows:

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> EDWARD'S ANGELL PALMER & DODGE LLP
> 919 North Market Street, 15th Floor
> Wilmington, DE 19801
> BY HAND DELIVERY
>
> Gerald A. Novack, Esquire
> KIRKPATRICK & LOCKHART
> PRESTON GATES ELLIS LLP
> 599 Lexington Avenue
> New York, New York 10022
> BY FEDERAL EXPRESS

>    */s/ Joseph Grey*
>         Joseph Grey