## <u>CERTIFICATE OF SERVICE</u>

I, Joseph Grey, hereby certify that on this 29th day of May, 2007, I caused true and

correct copies of the foregoing Certificate of Counsel to be served by the means indicated below

addressed to Defendant's counsel as follows:

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> EDWARD'S ANGELL PALMER & DODGE LLP
> 919 North Market Street, 15th Floor
> Wilmington, DE 19801
> BY HAND DELIVERY
>
> Gerald A. Novack, Esquire
> KIRKPATRICK & LOCKHART
> PRESTON GATES ELLIS LLP
> 599 Lexington Avenue
> New York, New York 10022
> BY FEDERAL EXPRESS

> */s/ Joseph Grey*
> Joseph Grey

# SEALED
# DOCUMENT