# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*, <br><br> Plaintiffs, <br><br> v. <br><br> **FIXED INCOME DISCOUNT ADVISORY COMPANY**, <br><br> Defendant. | : : : : : : : : : : : : : : : : | C.A. No. 06-99-SLR |

## DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Fixed Income Discount Advisory Company ("FIDAC") respectfully moves for summary judgment and dismissal of all counts of the Amended Complaint for failure to satisfy the New York Statute of Frauds, N.Y. GEN. OBLIG. LAW § 5-701(a)(10) or, in the alternative, for failure to state a claim upon which relief may be granted.

The grounds for this motion are set forth more fully in "Defendant Fixed Income Discount Advisory Company's Opening Brief in Support of its Motion for Summary Judgment," and are supported by the documents and the deposition testimony in the Appendix in support thereof.

**WHEREFORE**, FIDAC respectfully requests that this Honorable Court dismiss the Amended Complaint with prejudice, award FIDAC all costs and fees to which it may be entitled, and grant such other relief as the Court deems just and proper.

DATED:  May 29, 2007                       **EDWARDS ANGELL PALMER & DODGE, LLP**

                                                 */s/ John L. Reed*
                                       John L. Reed (I.D. No. 3023)
                                       Joseph B. Cicero (I.D. No. 4388)
                                       919 N. Market Street, 15th Floor
                                       Wilmington, DE 19801
                                       302.777.7770
                                       302.777.7263 (fax)
                                       jreed@eapdlaw.com
                                       dkraft@eapdlaw.com
                                       jcicero@eapdlaw.com

                                                                           - and -

                                       Gerald A. Novack (*pro hac vice*)
                                       Sarah P. Kenney (*pro hac vice*)
                                       **KIRKPATRICK & LOCKHART**
                                       **PRESTON GATES ELLIS LLP**
                                       599 Lexington Avenue
                                       New York, New York 10022
                                       212.536.3918 (Phone)
                                       212.536.3901 (Fax)

                                       *Attorneys for Defendant*
                                       *Fixed Income Discount Advisory Company*

**CERTIFICATE OF SERVICE**

      I, John L. Reed, hereby certify that on May 29, 2007 the attached **DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S MOTION FOR SUMMARY JUDGMENT** was hand delivered to the following persons and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    Joseph Grey, Esq.
    Stevens & Lee, P.C.
    1105 North Market Street, Seventh Floor
    Wilmington, DE 19801

DATED: May 29, 2007        **EDWARDS ANGELL PALMER & DODGE LLP**

                           */s/ John L. Reed*
                           John L. Reed (I.D. No. 3023)
                           Joseph B. Cicero (I.D. No. 4388)
                           919 N. Market Street, 15th Floor
                           Wilmington, DE 19801
                           302.777.7770
                           302.777.7263
                           jreed@eapdlaw.com
                           jcicero@eapdlaw.com