**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*,<br><br>    Plaintiffs,<br><br>  v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>    Defendant. | C.A. No. 06-99-SLR |

**DEFENDANT'S MOTION TO FILE APPENDIX TO
DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT UNDER SEAL</u>**

Defendant Fixed Income Discount Advisory Company, by and through its undersigned counsel, respectfully moves for permission to file under seal the Appendix to Defendant Fixed Income Discount Advisory Company's Motion for Summary Judgment (the "Appendix").

By stipulation filed on December 15, 2006, the parties agreed to maintain the confidentiality of certain information produced in discovery in the above-captioned action (the "Confidentiality Stipulation"). (D.I. 35). The Court approved the Confidentiality Stipulation on December 20, 2006. Pursuant to paragraph 9 of the Confidentiality Stipulation, the parties agreed that they would move the Court for permission to file any confidential materials under seal.

Defendant is filing a motion for summary judgment seeking dismissal of the Amended Complaint.  Defendant is including information in the Appendix, which has been designated by the parties as Confidential.  Pursuant to the parties' agreement, Defendant hereby moves for leave to file the Appendix under seal.

WHEREFORE, Defendant Fixed Income Discount Advisory Company moves this Honorable Court for an Order permitting Defendant to file the Appendix under seal.

Dated:  May 29, 2007                    **EDWARDS ANGELL PALMER & DODGE LLP**

        */s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Joseph B. Cicero (I.D. No. 4388)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770 (Phone)
302.777.7263 (Fax)

      **-** and -

Gerald A. Novack (*pro hac vice*)
Sarah P. Kenney (*pro hac vice*)
**KIRKPATRICK & LOCKHART**
 **PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, New York 10022
212.536.3900 (Phone)
212.536.3901 (Fax)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*, <br><br>  Plaintiffs, <br><br> v. <br><br> **FIXED INCOME DISCOUNT ADVISORY COMPANY**, <br><br>  Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> :  C.A. No. 06-99-SLR <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion to File Appendix to Defendant Fixed Income Discount Advisory Company's Motion for Summary Judgment Under Seal, and any response filed thereto, it is hereby ORDERED that the motion is GRANTED.

_____
The Honorable Sue L. Robinson

_509189_1.DOC/

**CERTIFICATE OF SERVICE**

      I, John L. Reed, hereby certify that on May 29, 2007 the attached **Defendant's Motion to File Appendix to Defendant Fixed Income Discount Advisory Company's Motion for Summary Judgment Under Seal and Proposed Order** were hand delivered to the following persons and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    Joseph Grey, Esq.
    Stevens & Lee, P.C.
    1105 North Market Street, Seventh Floor
    Wilmington, DE 19801

DATED: May 29, 2007         **EDWARDS ANGELL PALMER & DODGE LLP**

                                          */s/ John L. Reed*
                                         John L. Reed (I.D. No. 3023)
                                         Joseph B. Cicero (I.D. No. 4388)
                                         919 N. Market Street, 15th Floor
                                         Wilmington, DE 19801
                                         302.777.7770
                                         302.777.7263
                                         jreed@eapdlaw.com
                                         jcicero@eapdlaw.com