# DOCUMENT FILED UNDER SEAL

**CERTIFICATE OF SERVICE**

      I, John L. Reed, hereby certify that on May 29, 2007 the attached **Appendix to Defendant Fixed Income Discount Advisory Company's Motion for Summary Judgment** was filed under seal with the Clerk of the Court and a copy was served upon the counsel of record in the manner indicated:

**VIA HAND DELIVERY**

    Joseph Grey, Esq.
    Stevens & Lee, P.C.
    1105 North Market Street, Seventh Floor
    Wilmington, DE 19801

DATED: May 29, 2007        **EDWARDS ANGELL PALMER & DODGE LLP**

                                                  */s/ John L. Reed*
                                            John L. Reed (I.D. No. 3023)
                                            Joseph B. Cicero (I.D. No. 4388)
                                            919 N. Market Street, 15th Floor
                                            Wilmington, DE 19801
                                            302.777.7770
                                            302.777.7263
                                            jreed@eapdlaw.com
                                            jcicero@eapdlaw.com