IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : | Civil Action No. 06-0099-SLR |
| Plaintiffs | : : | |
| v. | : : | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : | |
| Defendant. | : : | |

**PLAINTIFFS' MOTION TO COMPEL**
**PAYMENT OF EXPERT DISCOVERY EXPENSES**

Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff, by and through their counsel, Stevens & Lee, P.C. and Ruben & Aronson, LLP, move this Honorable Court for an Order compelling Defendant Fixed Income Discount Advisory Company ("FIDAC") to pay Plaintiffs' expert Lee Buchwald's fees and expenses reasonably incurred responding to Defendant's expert discovery requests, in the amount of $17,204.15, pursuant to Federal Rule of Civil Procedure 26(b)(4)(C), and to require Defendant to pay Plaintiffs' costs, including reasonable attorneys' fees, for filing and prosecuting the instant motion. In support of this motion, Plaintiffs incorporate by reference the accompanying Opening Brief and Certificate of Counsel as if set forth at length here.

WHEREFORE, Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff respectfully request that the Court grant Plaintiffs' motion and compel FIDAC to pay Lee Buchwald's expert discovery fees and expenses and Plaintiffs' costs incurred as a result of

FIDAC's failure to comply with Rule 26(b)(4)(C), and granting such other relief as the Court deems appropriate.

Dated: June 12, 2007                                            STEVENS & LEE, P.C.


By:  /s/ Joseph Grey
Joseph Grey (DE Bar No. 2358)
G. Thompson Bell, III, *pro hac vice*
Pa. Attorney I.D. No. 32649
Todd J. Cook, *pro hac vice*
Pa. Attorney I.D. No. 89041
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181
EMAIL: jg@stevenslee.com
          gtb@stevenslee.com
          tjc@stevenslee.com

OF COUNSEL:

RUBEN & ARONSON, LLP

Robert L. Ruben, *pro hac vice*
D.C. Attorney I.D. No. 414580
Marshall F. Berman, *pro hac vice*
D.C. Attorney I.D. No. 020743
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
FAX: (301) 951-9636
EMAIL: rruben@randalaw.com
          mberman@randalaw.com

*Attorneys for Plaintiffs Underhill Investment Corp.
and Stephen D. Peskoff*

SL1 726680v1/100409.00001

## STATEMENT OF COMPLIANCE WITH L.R. 7.1.1

I, Todd J. Cook, hereby certify pursuant to Local District Court Rule 7.1.1 that, prior to filing the foregoing Motion to Compel Payment of Expert Discovery Expenses, I made a reasonable effort to reach an agreement with counsel for Defendant Fixed Income Discount Advisory Company. Specifically, I sent two letters to Sarah P. Kenney, Esquire, counsel for Defendant. I was unable to reach an agreement with Defendant.

Dated: June 12, 2007

_____
Todd J. Cook

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : | Civil Action No. 06-0099-SLR |
| Plaintiffs | : : | |
| v. | : : : | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : : | |
| Defendant. | : : | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' motion to compel payment of expert discovery expenses, the briefs filed in support of and opposition to the motion, and after oral argument, if any, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Defendant Fixed Income Discount Advisory Company is directed to remit payment, within five days of the date of this Order, to Plaintiffs' expert, Lee Buchwald, in the amount of $17,204.15, which constitutes Buchwald's fees and expenses reasonably incurred responding to Defendant's expert discovery requests. In addition, Defendant is ORDERED to pay Plaintiffs' costs, including reasonable attorneys' fees, incurred as a result of Defendants' dilatory conduct as follows:

  (a) Within fifteen days of the date of this Order, Plaintiffs shall submit a bill of costs, including reasonable attorneys' fees, incurred as a result of Defendant's failure to comply with Federal Rule of Civil Procedure 26(b)(4)(C).

  (b) Within ten days of service of Plaintiffs' bill of costs, Defendant shall file objections thereto, if any.

SL1 726680v1/100409.00001

2

    (c)    The Court shall determine Plaintiffs' reasonable costs, including attorneys' fees, upon the parties' written submissions.

    (d)    Upon determination of Plaintiffs' reasonable costs, the Court shall issue a further Order directing Defendant to remit full payment of such costs to Plaintiffs within ten days.

    BY THE COURT:

_____
HONORABLE SUE L. ROBINSON
Chief United States District Judge
*United States District Court*
*for the District of Delaware*

2

**CERTIFICATE OF SERVICE**

        I, Joseph Grey, hereby certify that on this 12th day of June, 2007, I caused true and correct copies of the foregoing Plaintiffs' Motion to Compel Payment of Discovery Expenses to be served upon counsel for the Defendant by first class United States mail, postage prepaid and addressed as follows:

        John L. Reed, Esquire
        Denise Seastone Kraft, Esquire
        EDWARD'S ANGELL PALMER & DODGE LLP
        919 North Market Street, 15th Floor
        Wilmington, DE 19801

        Gerald A. Novack, Esquire
        KIRKPATRICK & LOCKHART
        PRESTON GATES ELLIS LLP
        599 Lexington Avenue
        New York, New York 10022

        */s/ Joseph Grey*
        Joseph Grey