**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, :<br>:<br>:<br>:<br>:<br>Plaintiffs :<br>v. :<br>:<br>FIXED INCOME DISCOUNT :<br>ADVISORY COMPANY, :<br>:<br>Defendant. : | Civil Action No. 06-0099-SLR |

**PLAINTIFFS' MOTION TO FILE ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CERTIFICATE OF COUNSEL UNDER SEAL**

Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff, by and through their undersigned counsel, respectfully move for permission to file under seal Plaintiffs' Answering Brief in opposition to Defendant's motion for summary judgment and Certificate of Counsel Regarding Exhibits to Plaintiffs' Answering Brief.

By stipulation filed of record on December 15, 2006, the parties agreed to maintain the confidentiality of certain information produced in discovery in the above-captioned action. [*See* D.I. 35 (the "Confidentiality Stipulation")]. The Court approved the Confidentiality Stipulation on December 20, 2006. Under the Confidentiality Stipulation (at paragraph 9), the parties agreed that they would move the Court for permission to file confidential materials under seal.

Defendant has filed a motion for summary judgment. Plaintiffs refer to and quote information designated by the Defendant as Confidential in their Answering Brief in opposition to Defendant's motion for summary judgment. Furthermore, Plaintiffs' Certificate of Counsel

- 2 -

Regarding Exhibits to Plaintiff's Answering Brief contains exhibits designated by the Defendant as Confidential under the Confidentiality Stipulation.  Pursuant to the parties' agreement, Plaintiffs hereby move for leave to file these documents under seal.

WHEREFORE, Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff move this Honorable Court for an Order permitting Plaintiffs to file under seal their Answering Brief in opposition to Defendant's motion for summary judgment and Certificate of Counsel Regarding Exhibits to Plaintiffs' Answering Brief.

Respectfully submitted,

Dated:  June 26, 2007                                        STEVENS & LEE, P.C.


By:  */s/ Joseph Grey*
Joseph Grey (DE Bar No. 2358)
G. Thompson Bell, III, *pro hac vice*
Todd J. Cook, *pro hac vice*
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181
EMAIL: jg@stevenslee.com
            gtb@stevenslee.com
            tjc@stevenslee.com

OF COUNSEL:
RUBEN & ARONSON, LLP
Robert L. Ruben, *pro hac vice*
Marshall F. Berman, *pro hac vice*
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
FAX: (301) 951-9636
EMAIL: rruben@randalaw.com
            mberman@randalaw.com

*Attorneys for Plaintiffs Underhill Investment Corp. and Stephen D. Peskoff*

- 2 -

SL1 726441v1/100409.00001

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : | Civil Action No. 06-0099-SLR |
| Plaintiffs | : : | |
| v. | : : | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : | |
| Defendant. | : : | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' Motion to File Answering Brief in opposition to Defendant's motion for summary judgment and Certificate of Counsel Under Seal, and any response filed thereto, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

_____
HONORABLE SUE L. ROBINSON
Chief Judge
*United States District Court
for the District of Delaware*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 26th day of June, 2007, I caused true and correct copies of the foregoing PLAINTIFFS' MOTION TO FILE ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CERTIFICATE OF COUNSEL UNDER SEAL to be served by the means indicated below addressed to Defendant's counsel as follows:

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> EDWARD'S ANGELL PALMER & DODGE LLP
> 919 North Market Street, 15th Floor
> Wilmington, DE 19801
> BY HAND DELIVERY
>
> Gerald A. Novack, Esquire
> KIRKPATRICK & LOCKHART
> PRESTON GATES ELLIS LLP
> 599 Lexington Avenue
> New York, New York 10022
> BY FEDERAL EXPRESS

> /s/ Joseph Grey
> Joseph Grey