IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*,<br>　　　　　　Plaintiffs<br>　v.<br><br>FIXED INCOME DISCOUNT ADVISORY COMPANY,<br>　　　　　　Defendant. | Civil Action No. 06-0099-SLR<br><br>**CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL**<br><br>**This document is not to be opened or its contents displayed, copied, or revealed except by Court Order or by agreement of the parties to this action.** |

ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S
<u>MOTION FOR SUMMARY JUDGMENT</u>

　　　　　　　　　　　　　　STEVENS & LEE, P.C.
　　　　　　　　　　　　　　Joseph Grey (DE Bar No. 2358)
　　　　　　　　　　　　　　G. Thompson Bell, III, *pro hac vice*
　　　　　　　　　　　　　　Todd J. Cook, *pro hac vice*
　　　　　　　　　　　　　　1105 North Market Street, Seventh Floor
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　TEL: (302) 654-5180
　　　　　　　　　　　　　　FAX: (302) 654-5181
　　　　　　　　　　　　　　EMAIL: jg@stevenslee.com
　　　　　　　　　　　　　　　　　　　gtb@stevenslee.com
　　　　　　　　　　　　　　　　　　　tjc@stevenslee.com

　　　　　　　　　　OF COUNSEL:
　　　　　　　　　　　　　　RUBEN & ARONSON, LLP
　　　　　　　　　　　　　　Robert L. Ruben, *pro hac vice*
　　　　　　　　　　　　　　Marshall F. Berman, *pro hac vice*
　　　　　　　　　　　　　　4800 Montgomery Lane, Suite 150
　　　　　　　　　　　　　　Bethesda, MD 20814
　　　　　　　　　　　　　　TEL: (301) 951-9696
　　　　　　　　　　　　　　FAX: (301) 951-9636
　　　　　　　　　　　　　　EMAIL: rruben@randalaw.com
　　　　　　　　　　　　　　　　　　　mberman@randalaw.com

　　　　　　　　　*Attorneys for Plaintiffs Underhill Investment Corp.
　　　　　　　　　and Stephen D. Peskoff*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 26th day of June, 2007, I caused true and correct copies of the foregoing Answering Brief In Opposition to Defendant's Motion for Summary Judgment to be served by the means indicated below addressed to Defendant's counsel as follows:

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> EDWARD'S ANGELL PALMER & DODGE LLP
> 919 North Market Street, 15th Floor
> Wilmington, DE 19801
> BY HAND DELIVERY
>
> Gerald A. Novack, Esquire
> KIRKPATRICK & LOCKHART
> PRESTON GATES ELLIS LLP
> 599 Lexington Avenue
> New York, New York 10022
> BY FEDERAL EXPRESS

_____
Joseph Grey