IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*,<br>　　　　　　Plaintiffs<br>　v.<br><br>FIXED INCOME DISCOUNT ADVISORY COMPANY,<br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 06-0099-SLR<br><br>**CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL**<br><br>This document is not to be opened or its contents displayed, copied, or revealed except by Court Order or by agreement of the parties to this action. |

**CERTIFICATE OF COUNSEL REGARDING EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Dated: June 26, 2007

　　　　　　　　　　　　　　STEVENS & LEE, P.C.
　　　　　　　　　　　　　　Joseph Grey (DE Bar No. 2358)
　　　　　　　　　　　　　　G. Thompson Bell, III, *pro hac vice*
　　　　　　　　　　　　　　Pa. Attorney I.D. No. 32649
　　　　　　　　　　　　　　Todd J. Cook, *pro hac vice*
　　　　　　　　　　　　　　Pa. Attorney I.D. No. 89041
　　　　　　　　　　　　　　1105 North Market Street
　　　　　　　　　　　　　　Seventh Floor
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　TEL: (302) 654-5180

　　　　　　　　OF COUNSEL:

　　　　　　　　　　　　　　RUBEN & ARONSON, LLP
　　　　　　　　　　　　　　Robert L. Ruben, *pro hac vice*
　　　　　　　　　　　　　　D.C. Attorney I.D. No. 414580
　　　　　　　　　　　　　　Marshall F. Berman, *pro hac vice*
　　　　　　　　　　　　　　D.C. Attorney I.D. No. 020743
　　　　　　　　　　　　　　4800 Montgomery Lane, Suite 150
　　　　　　　　　　　　　　Bethesda, MD 20814
　　　　　　　　　　　　　　TEL: (301) 951-9696

　　　　　　　　　　　　　　*Attorneys for Plaintiffs Underhill Investment Corp. and Stephen D. Peskoff*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 26th day of June, 2007, I caused true and correct copies of the foregoing Certificate of Counsel to be served by the means indicated below addressed to Defendant's counsel as follows:

John L. Reed, Esquire
Denise Seastone Kraft, Esquire
EDWARD'S ANGELL PALMER & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
BY HAND DELIVERY

Gerald A. Novack, Esquire
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
BY FEDERAL EXPRESS

_____
Joseph Grey