**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*,<br><br>Plaintiffs,<br><br>v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>Defendant. | C.A. No. 06-99-SLR |

**DEFENDANT'S MOTION TO FILE UNDER SEAL:
(A) DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; AND
(B) EXHIBIT 8 OF THE APPENDIX IN SUPPORT THEREOF**

Defendant Fixed Income Discount Advisory Company, by and through its undersigned counsel, respectfully moves for permission to file under seal: (a) Defendant Fixed Income Discount Advisory Company's Answering Brief in Opposition to Plaintiffs' Motion for Partial Summary Judgment (the "Brief"); and (b) Exhibit 8 to the Appendix in support thereof ("Exhibit 8").

By stipulation filed on December 15, 2006, the parties agreed to maintain the confidentiality of certain information produced in discovery in the above-captioned action (the "Confidentiality Stipulation"). (D.I. 35) The Court approved the Confidentiality Stipulation on December 20, 2006. Pursuant to paragraph 9 of the

Confidentiality Stipulation, the parties agreed that they would move the Court for permission to file any confidential materials under seal.

Defendant is filing the Brief in opposition to Plaintiffs' motion for partial summary. Defendant is including information in the Brief and Exhibit 8, which has been designated by the parties as Confidential. Pursuant to the parties' agreement, Defendant hereby moves for leave to file the Brief and Exhibit 8 under seal.

WHEREFORE, Defendant Fixed Income Discount Advisory Company moves this Honorable Court for an Order permitting Defendant to file the Brief and Exhibit 8 under seal.

Dated:  June 26, 2007                **EDWARDS ANGELL PALMER & DODGE LLP**

 */s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Joseph B. Cicero (I.D. No. 4388)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770 (Phone)
302.777.7263 (Fax)

**-** and -

Gerald A. Novack (*pro hac vice*)
Sarah P. Kenney (*pro hac vice*)
**KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, New York 10022
212.536.3900 (Phone)
212.536.3901 (Fax)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*, | : : : : : : : | C.A. No. 06-99-SLR |
| Plaintiffs, | : : | |
| v. | : : | |
| **FIXED INCOME DISCOUNT ADVISORY COMPANY**, | : : : | |
| Defendant. | : : | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion to File Under Seal: (a) Defendant Fixed Income Discount Advisory Company's Answering Brief in Opposition to Plaintiffs' Motion for Partial Summary Judgment; and (b) Exhibit 8 to the Appendix in Support Thereof, and any response filed thereto, it is hereby ORDERED that the motion is GRANTED.

_____
The Honorable Sue L. Robinson

**CERTIFICATE OF SERVICE**

      I, John L. Reed, hereby certify that on June 26, 2007 the attached **DEFENDANT'S MOTION TO FILE UNDER SEAL: (A) DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; AND (B) EXHIBIT 8 OF THE APPENDIX IN SUPPORT THEREOF and PROPOSED ORDER** was hand delivered to the following persons and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available or viewing and downloading from CM/ECF:

    Joseph Grey, Esq.
    Stevens & Lee, P.C.
    1105 North Market Street, Seventh Floor
    Wilmington, DE 19801


DATED: June 26, 2007        **EDWARDS ANGELL PALMER & DODGE LLP**

                        */s/ John L. Reed*
                        John L. Reed (I.D. No. 3023)
                        Joseph B. Cicero (I.D. No. 4388)
                        919 N. Market Street, 15th Floor
                        Wilmington, DE 19801
                        302.777.7770
                        302.777.7263
                        jreed@eapdlaw.com
                        jcicero@eapdlaw.com

_509573_1.DOC/