# DOCUMENT FILED UNDER SEAL

**CERTIFICATE OF SERVICE**

      I, John L. Reed, hereby certify that on June 26, 2007 the attached **DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** was filed under seal with the Clerk of the Court and a copy was served upon the counsel of record in the manner indicated:

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

DATED: June 26, 2007        **EDWARDS ANGELL PALMER & DODGE LLP**

        */s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Joseph B. Cicero (I.D. No. 4388)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263
jreed@eapdlaw.com
jcicero@eapdlaw.com

_509563_1.DOC/