**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*, | : : : : : : : : : : : : : : : : | C.A. No. 06-99-SLR |
| Plaintiffs, | | |
| v. | | |
| **FIXED INCOME DISCOUNT ADVISORY COMPANY**, | | |
| Defendant. | | |

**DEFENDANT'S MOTION TO FILE APPENDIX TO DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PAYMENT OF EXPERT DISCOVERY EXPENSES UNDER SEAL**

Defendant Fixed Income Discount Advisory Company, by and through its undersigned counsel, respectfully moves for permission to file the Appendix to Defendant Fixed Income Discount Advisory Company's Answering Brief In Opposition To Plaintiffs' Motion To Compel Payment Of Expert Discovery Expenses (the "Appendix") under seal.

By stipulation filed on December 15, 2006, the parties agreed to maintain the confidentiality of certain information produced in discovery in the above-captioned action (the "Confidentiality Stipulation"). (D.I. 35) The Court approved the Confidentiality Stipulation on December 20, 2006. Pursuant to paragraph 9 of the

Confidentiality Stipulation, the parties agreed that they would move the Court for permission to file any confidential materials under seal.

Defendant is filing the Appendix in support of its Answering Brief in opposition to Plaintiffs' motion to compel payment of expert discovery expenses. Defendant hereby moves for leave to file the Appendix under seal.

WHEREFORE, Defendant Fixed Income Discount Advisory Company moves this Honorable Court for an Order permitting Defendant to file the Appendix under seal.

Dated:  June 29, 2007                    **EDWARDS ANGELL PALMER & DODGE LLP**

  */s/ John L. Reed*
 John L. Reed (I.D. No. 3023)
 Joseph B. Cicero (I.D. No. 4388)
 919 North Market Street, 15th Floor
 Wilmington, DE 19801
 302.777.7770 (Phone)
 302.777.7263 (Fax)

   **-** and -

 Gerald A. Novack (*pro hac vice*)
 Sarah P. Kenney (*pro hac vice*)
 **KIRKPATRICK & LOCKHART**
  **PRESTON GATES ELLIS LLP**
 599 Lexington Avenue
 New York, New York 10022
 212.536.3900 (Phone)
 212.536.3901 (Fax)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through* *Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*, | : : : : : : | |
| Plaintiffs, | : : | C.A. No. 06-99-SLR |
| v. | : : | |
| **FIXED INCOME DISCOUNT ADVISORY COMPANY**, | : : : | |
| Defendant. | : : | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion to File Appendix to Defendant Fixed Income Discount Advisory Company's Answering Brief In Opposition To Plaintiffs' Motion To Compel Payment Of Expert Discovery Expenses Under Seal, and any response filed thereto, it is hereby ORDERED that the motion is GRANTED.

_____
The Honorable Sue L. Robinson

**CERTIFICATE OF SERVICE**

     I, John L. Reed, hereby certify that on June 29, 2007 the attached **DEFENDANT'S MOTION TO FILE APPENDIX TO DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S ANSWERNIG BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PAYMENT OF EXPERT DISCOVERY EXPENSES UNDER SEAL and PROPOSED ORDER** was hand delivered to the following persons and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available or viewing and downloading from CM/ECF:

    Joseph Grey, Esq.
    Stevens & Lee, P.C.
    1105 North Market Street, Seventh Floor
    Wilmington, DE 19801

DATED: June 29, 2007        **EDWARDS ANGELL PALMER & DODGE LLP**

                                          */s/ John L. Reed*
                                          John L. Reed (I.D. No. 3023)
                                          Joseph B. Cicero (I.D. No. 4388)
                                          919 N. Market Street, 15th Floor
                                          Wilmington, DE 19801
                                          302.777.7770
                                          302.777.7263
                                          jreed@eapdlaw.com
                                          jcicero@eapdlaw.com