# DOCUMENT FILED UNDER SEAL

**CERTIFICATE OF SERVICE**

      I, John L. Reed, hereby certify that on June 29, 2007 the attached **APPENDIX TO DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PAYMENT OF DISCOVERY EXPENSES** was filed under seal with the Clerk of the Court and a copy was served upon the counsel of record in the manner indicated:

    Joseph Grey, Esq.
    Stevens & Lee, P.C.
    1105 North Market Street, Seventh Floor
    Wilmington, DE 19801

DATED: June 29, 2007        **EDWARDS ANGELL PALMER & DODGE LLP**

          */s/ John L. Reed*
          John L. Reed (I.D. No. 3023)
          Joseph B. Cicero (I.D. No. 4388)
          919 N. Market Street, 15th Floor
          Wilmington, DE 19801
          302.777.7770
          302.777.7263
          jreed@eapdlaw.com
          jcicero@eapdlaw.com