# Exhibit 8



# FIXED INCOME DISCOUNT ADVISORY COMPANY

## FACSIMILE TRANSMITTAL SHEET

| TO: Steve Peskoff | FROM: Ron Kazel |
|---|---|
| COMPANY: Underhill | DATE: 9-25-02 |
| FAX NUMBER: 703-287-4235 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| PHONE NUMBER: 703-287-4234 | SENDER'S PHONE NUMBER: 212-696-0100 |
| RE: | SENDER'S FAX NUMBER: 212-696-9809 |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

**REDACTED**

**REDACTED**

1211 AVENUE OF THE AMERICAS
SUITE 2902
NEW YORK, NY 10036

**REDACTED**

**REDACTED**

REDACTED