IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : : : : : : : : : | Civil Action No. 06-0099-SLR |
| Plaintiffs | | |
| v. | | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | | |
| Defendant. | | |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS'
REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT AND CERTIFICATE OF COUNSEL IN SUPPORT THEREOF**

Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff, by and through their undersigned counsel, respectfully move for permission to file under seal Plaintiffs' reply brief in support of Plaintiffs' motion for partial summary judgment and certificate of counsel regarding exhibits to Plaintiffs' reply brief.

By stipulation filed of record on December 15, 2006, the parties agreed to maintain the confidentiality of certain information produced in discovery in the above-captioned action. [*See* D.I. 35 (the "Confidentiality Stipulation")]. The Court approved the Confidentiality Stipulation on December 20, 2006. Under the Confidentiality Stipulation (at paragraph 9), the parties agreed that they would move the Court for permission to file confidential materials under seal.

Concurrently herewith, Plaintiffs are filing a reply brief in support of their motion for partial summary judgment ("Reply Brief") and a Certificate of Counsel that includes a supporting appendix of exhibits ("Appendix"). Plaintiffs refer to, cite and quote information in

- 2 -

the Reply Brief and include exhibits in the Appendix that it is believed Defendant considers to constitute confidential information. Therefore, pursuant to the parties' agreement, Plaintiffs hereby move for leave to file these documents under seal.

WHEREFORE, Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff move this Honorable Court for an Order permitting Plaintiffs to file under seal their reply brief in support of Plaintiffs' motion for partial summary judgment and Certificate of Counsel including exhibits in support thereof.

Respectfully submitted,

Dated: July 10, 2007         STEVENS & LEE, P.C.


By: */s/ Joseph Grey*
Joseph Grey (DE Bar No. 2358)
G. Thompson Bell, III, *pro hac vice*
Todd J. Cook, *pro hac vice*
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181
EMAIL: jg@stevenslee.com
         gtb@stevenslee.com
         tjc@stevenslee.com

OF COUNSEL:
RUBEN & ARONSON, LLP
Robert L. Ruben, *pro hac vice*
Marshall F. Berman, *pro hac vice*
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
FAX: (301) 951-9636
EMAIL: rruben@randalaw.com
         mberman@randalaw.com

*Attorneys for Plaintiffs Underhill Investment Corp. and Stephen D. Peskoff*

SL1 735690v1/100409.00001

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : | Civil Action No. 06-0099-SLR |
| Plaintiffs | : : | |
| v. | : : | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : | |
| Defendant. | : : | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' motion to file under seal Plaintiffs' reply brief in support of Plaintiffs' motion for partial summary judgment and Certificate of Counsel in support thereof it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

_____
HONORABLE SUE L. ROBINSON
*United States District Court
for the District of Delaware*

SL1 735690v1/100409.00001

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 10th day of July, 2007, I caused true and correct copies of the foregoing PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND CERTIFICATE OF COUNSEL IN SUPPORT THEREOF to be served by first class United States mail, postage prepaid and addressed to Defendant's counsel as follows:

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> EDWARD'S ANGELL PALMER & DODGE LLP
> 919 North Market Street, 15th Floor
> Wilmington, DE 19801
>
> Gerald A. Novack, Esquire
> KIRKPATRICK & LOCKHART
> PRESTON GATES ELLIS LLP
> 599 Lexington Avenue
> New York, New York 10022

                                          */s/ Joseph Grey*
                                             Joseph Grey