IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*,<br><br>Plaintiffs<br><br>v.<br><br>FIXED INCOME DISCOUNT ADVISORY COMPANY,<br><br>Defendant. | : : : : : : : : : : : : : : : | Civil Action No. 06-0099-SLR<br><br>**CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL**<br><br>**This document is not to be opened or its contents displayed, copied, or revealed except by Court Order or by agreement of the parties to this action.** |

### REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

> STEVENS & LEE, P.C.
> Joseph Grey (DE Bar No. 2358)
> G. Thompson Bell, III, *pro hac vice*
> Todd J. Cook, *pro hac vice*
> 1105 North Market Street, Seventh Floor
> Wilmington, DE 19801
> TEL: (302) 654-5180
> FAX: (302) 654-5181
> EMAIL: jg@stevenslee.com
>         gtb@stevenslee.com
>         tjc@stevenslee.com
>
> OF COUNSEL:
> RUBEN & ARONSON, LLP
> Robert L. Ruben, *pro hac vice*
> Marshall F. Berman, *pro hac vice*
> 4800 Montgomery Lane, Suite 150
> Bethesda, MD 20814
> TEL: (301) 951-9696
> FAX: (301) 951-9636
> EMAIL: rruben@randalaw.com
>         mberman@randalaw.com
>
> *Attorneys for Plaintiffs Underhill Investment Corp. and Stephen D. Peskoff*

Dated: July 10, 2007

**CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that on this 10th day of July, 2007, I caused true and correct copies of the foregoing Reply Brief In Support of Plaintiffs' Motion for Partial Summary Judgment to be served by first class United States mail, postage prepaid and addressed to Defendant's counsel as follows:

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> EDWARD'S ANGELL PALMER & DODGE LLP
> 919 North Market Street, 15th Floor
> Wilmington, DE 19801
> BY HAND DELIVERY
>
> Gerald A. Novack, Esquire
> KIRKPATRICK & LOCKHART
> PRESTON GATES ELLIS LLP
> 599 Lexington Avenue
> New York, New York 10022
> BY FEDERAL EXPRESS

*/s/ Joseph Grey*
Joseph Grey