**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNDERHILL INVESTMENT | : | |
| CORPORATION, *by and through* | : | |
| *Stephen D. Peskoff as successor in* | : | Civil Action No. 06-0099-SLR |
| *interest*, and STEPHEN D. PESKOFF, | : | |
| *individually*, | : | **CONFIDENTIAL INFORMATION** |
| | : | **SUBJECT TO PROTECTIVE** |
| Plaintiffs | : | **ORDER FILED UNDER SEAL** |
| | : | |
| v. | : | **This document is not to be opened** |
| | : | **or its contents displayed, copied, or** |
| FIXED INCOME DISCOUNT | : | **revealed except by Court Order or** |
| ADVISORY COMPANY, | : | **by agreement of the parties to this** |
| | : | **action.** |
| Defendant. | : | |

**CERTIFICATE OF COUNSEL REGARDING EXHIBITS
TO PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS'
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

STEVENS & LEE, P.C.
Joseph Grey (DE Bar No. 2358)
G. Thompson Bell, III, *pro hac vice*
Todd J. Cook, *pro hac vice*
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181

OF COUNSEL:
RUBEN & ARONSON, LLP
Robert L. Ruben, *pro hac vice*
Marshall F. Berman, *pro hac vice*
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
FAX: (301) 951-9636

*Attorneys for Plaintiffs Underhill Investment Corp.
and Stephen D. Peskoff*

Dated:  July 10, 2007

SL1 735167v2/100409.00001

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 10th day of July, 2007, I caused true

and correct copies of the foregoing Certificate of Counsel to be served by first class United

States mail, postage prepaid and addressed to Defendant's counsel as follows:

John L. Reed, Esquire
Denise Seastone Kraft, Esquire
EDWARD'S ANGELL PALMER & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Gerald A. Novack, Esquire
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022

_____
Joseph Grey

SL1 735167v2/100409.00001