## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through* *Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*,<br><br>Plaintiffs,<br><br>v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>Defendant. | C.A. No. 06-99-SLR |

## REQUEST FOR ORAL ARGUMENT
## PURSUANT TO D. DEL. LR. 7.1.4

Defendant Fixed Income Discount Advisory Company, by and through its undersigned counsel, hereby requests oral argument on (i) Defendant Fixed Income Discount Advisory Company's Motion for Summary Judgment [D.I. 50] and (ii) Plaintiffs' Motion for Partial Summary Judgment [D.I. 45], both of which have been briefed completely.

DATED:  July 12, 2007                              **EDWARDS ANGELL PALMER & DODGE LLP**

                                                   */s/ John L. Reed*
                                                   John L. Reed (I.D. No. 3023)
                                                   Joseph B. Cicero (I.D. No. 4388)
                                                   919 North Market Street, 15th Floor
                                                   Wilmington, DE 19801
                                                   302.777.7770 (Phone)
                                                   302.777.7263 (Fax)
                                                   jreed@eapdlaw.com
                                                   jcicero@eapdlaw.com

- and -

Gerald A. Novack (*pro hac vice*)
Sarah P. Kenney (*pro hac vice*)
**KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, New York 10022
212.536.3900 (Phone)
212.536.3901 (Fax)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, a true and correct copy of the attached **REQUEST FOR ORAL ARGUMENT PURSUANT TO D. DEL. LR. 7.1.4** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801

**EDWARDS ANGELL PALMER & DODGE LLP**

*/s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Joseph B. Cicero (I.D. No. 4388)
919 North Market Street, Suite 1500
Wilmington, DE  09801
302.777.7770
302.777.7263 (Fax)
jreed@eapdlaw.com
dkraft@eapdlaw.com
jcicero@eapdlaw.com