IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FIXED INCOME DISCOUNT )<br>ADVISORY COMPANY, )<br>)<br>Defendant. ) | Civ. No. 06-099-SLR |

## ORDER

At Wilmington this 13th day of February, 2008, in order to determine whether the pending summary judgment motions have merit;

IT IS ORDERED that, on or before **February 29, 2008**, movants shall file with the court a short and concise statement, in numbered paragraphs, of: (a) the material facts as to which movants contend there is no genuine issue to be tried; and (b) the legal issues upon which judgment is sought. **On or before March 21, 2008**, nonmovants shall respond in kind, with the content of the numbered paragraphs of the responsive statement corresponding to the content of the numbered paragraphs of movants' statement. I will determine from these submissions whether a summary judgment motion practice is warranted.

_____
United States District Judge