IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : | Civil Action No. 06-0099-SLR |
| Plaintiffs | : : | |
| v. | : : | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : | |
| Defendant. | : : | |

**PLAINTIFFS' MOTION TO FILE STATEMENT OF UNDISPUTED MATERIAL
FACTS AND LEGAL ISSUES UNDER SEAL**

Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff, by and through their undersigned counsel, respectfully move for permission to file under seal Plaintiffs' Statement of Undisputed Material Facts and Legal Issues Pursuant to Court Order of February 13, 2008.

By stipulation filed of record on December 15, 2006, the parties agreed to maintain the confidentiality of certain information produced in discovery in the above-captioned action. [*See* D.I. 35 (the "Confidentiality Stipulation")]. The Court approved the Confidentiality Stipulation on December 20, 2006. Under the Confidentiality Stipulation (at paragraph 9), the parties agreed that they would move the Court for permission to file confidential materials under seal.

Plaintiffs refer to and quote information designated by the Defendant as Confidential in their Statement of Undisputed Material Facts and Legal Issues which Plaintiffs are filing today

- 2 -

pursuant to the Court's Order of February 13, 2008.  Pursuant to the parties' agreement, Plaintiffs hereby move for leave to file these documents under seal.

WHEREFORE, Plaintiffs Underhill Investment Corporation and Stephen D. Peskoff move this Honorable Court for an Order permitting Plaintiffs to file under seal their Statement of Undisputed Material Facts and Legal Issues Pursuant to Court Order of February 13, 2008.

Respectfully submitted,

Dated:  February 29, 2008            STEVENS & LEE, P.C.


By:  */s/ Joseph Grey*
Joseph Grey (DE Bar No. 2358)
G. Thompson Bell, III, *pro hac vice*
Todd J. Cook, *pro hac vice*
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181
EMAIL: jg@stevenslee.com
         gtb@stevenslee.com
         tjc@stevenslee.com

OF COUNSEL:
RUBEN & ARONSON, LLP
Robert L. Ruben, *pro hac vice*
Marshall F. Berman, *pro hac vice*
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
FAX: (301) 951-9636
EMAIL: rruben@randalaw.com
         mberman@randalaw.com

*Attorneys for Plaintiffs Underhill Investment Corp.*
*and Stephen D. Peskoff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : | Civil Action No. 06-0099-SLR |
| Plaintiffs | : | |
| v. | : : | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiffs' Motion to File Statement of Undisputed Material Facts and Legal Issues Under Seal, and any response filed thereto, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

_____
HONORABLE SUE L. ROBINSON
Judge
*United States District Court
for the District of Delaware*

SL1 799365v1/100409.00001

**CERTIFICATE OF SERVICE**

I, Joseph Grey, hereby certify that on this 29th day of February, 2008, and in addition to the service provided by the Court's CM/ECF system, I caused true and correct copies of the foregoing PLAINTIFFS' MOTION TO FILE STATEMENT OF UNDISPUTED MATERIAL FACTS AND LEGAL ISSUES UNDER SEAL to be served upon Defendant's counsel at the addresses and by the means indicated below:

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> EDWARD'S ANGELL PALMER & DODGE LLP
> 919 North Market Street, 15th Floor
> Wilmington, DE 19801
> BY HAND DELIVERY

> Gerald A. Novack, Esquire
> KIRKPATRICK & LOCKHART
> PRESTON GATES ELLIS LLP
> 599 Lexington Avenue
> New York, New York 10022
> BY FEDERAL EXPRESS

> _/s/ Joseph Grey_
> Joseph Grey