## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*,<br><br>    Plaintiffs<br><br>      v.<br><br>FIXED INCOME DISCOUNT ADVISORY COMPANY,<br><br>    Defendant. | Civil Action No. 06-0099-SLR<br><br>**CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER FILED UNDER SEAL**<br><br>**This document is not to be opened or its contents displayed, copied, or revealed except by Court Order or by agreement of the parties to this action.** |

**PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS AND LEGAL ISSUES PURSUANT TO COURT ORDER OF FEBRUARY 13, 2008**

Dated: February 29, 2008

STEVENS & LEE, P.C.
Joseph Grey (DE Bar No. 2358)
G. Thompson Bell, III, *pro hac vice*
Pa. Attorney I.D. No. 32649
Todd J. Cook, *pro hac vice*
Pa. Attorney I.D. No. 89041
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
EMAIL:   jg@stevenslee.com

OF COUNSEL:

RUBEN & ARONSON, LLP
Robert L. Ruben, *pro hac vice*
D.C. Attorney I.D. No. 414580
Marshall F. Berman, *pro hac vice*
D.C. Attorney I.D. No. 020743
4800 Montgomery Lane, Suite 150
Bethesda, MD 20814
TEL: (301) 951-9696
EMAIL:   rruben@randalaw.com
             mberman@randalaw.com

*Attorneys for Plaintiffs Underhill Investment Corp. and Stephen D. Peskoff*

SL1 797761v1/100409.00001