IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*,<br><br>            Plaintiffs,<br><br>     v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>            Defendant. | : : : : : : : : : : : : : : : : | C.A. No. 06-99-SLR |

**DEFENDANT'S MOTION TO FILE ITS RESPONSE TO
PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS
<u>AND LEGAL ISSUES UNDER SEAL</u>**

Defendant Fixed Income Discount Advisory Company, by and through its undersigned counsel, respectfully moves for permission to file its Response to Plaintiffs' Statement of Undisputed Material Facts And Legal Issues under seal.

By stipulation filed on December 15, 2006, the parties agreed to maintain the confidentiality of certain information produced in discovery in the above-captioned action (the "Confidentiality Stipulation"). (D.I. 35) The Court approved the Confidentiality Stipulation on December 20, 2006. Pursuant to paragraph 9 of the Confidentiality Stipulation, the parties agreed that they would move the Court for permission to file any confidential materials under seal.

WLM 513039.1

Defendant is filing its Response to Plaintiffs' Statement of Undisputed Material Facts and Legal Issues. Defendant hereby moves for leave to file its Response to Plaintiffs' Statement of Undisputed Material Facts And Legal Issues under seal.

WHEREFORE, Defendant Fixed Income Discount Advisory Company moves this Honorable Court for an Order permitting Defendant to file its Response to Plaintiffs' Statement of Undisputed Material Facts And Legal Issues under seal.

DATED: March 21, 2008      **EDWARDS ANGELL PALMER & DODGE LLP**

    /s/ Joseph B. Cicero
John L. Reed (I.D. No. 3023)
Joseph B. Cicero (I.D. No. 4388)
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770 (Phone)
302.777.7263 (Fax)

- and -

Gerald A. Novack (*pro hac vice*)
Sarah P. Kenney (*pro hac vice*)
**KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, New York 10022
212.536.3900 (Phone)
212.536.3901 (Fax)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>　　　　Defendant. | C.A. No. 06-99-SLR |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant's Motion to File its Reponse to Plaintiffs' Statement of Undisputed Material Facts and Legal Issues Under Seal, and any response filed thereto, it is hereby ORDERED that the motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Sue L. Robinson

WLM 513040.1

## CERTIFICATE OF SERVICE

I, Joseph B. Cicero, hereby certify that on March 21, 2008, the attached **DEFENDANT'S MOTION TO FILE ITS RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS AND LEGAL ISSUES UNDER SEAL and PROPOSED ORDER** was hand delivered to the following persons and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available or viewing and downloading from CM/ECF:

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801


DATED: March 21, 2008                    **EDWARDS ANGELL PALMER & DODGE LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph B. Cicero*
　　　　　　　　　　　　　　　　　　　　　　John L. Reed (I.D. No. 3023)
　　　　　　　　　　　　　　　　　　　　　　Joseph B. Cicero (I.D. No. 4388)
　　　　　　　　　　　　　　　　　　　　　　919 N. Market Street, 15th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　302.777.7770
　　　　　　　　　　　　　　　　　　　　　　302.777.7263
　　　　　　　　　　　　　　　　　　　　　　jreed@eapdlaw.com
　　　　　　　　　　　　　　　　　　　　　　jcicero@eapdlaw.com

WLM 513041.1