## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **UNDERHILL INVESTMENT CORPORATION**, *by and through Stephen D. Peskoff as successor in interest* and **STEPHEN D. PESKOFF**, *individually*,<br><br>Plaintiffs,<br><br>v.<br><br>**FIXED INCOME DISCOUNT ADVISORY COMPANY**,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-99-SLR |

**DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S
RESPONSE TO PLAINTIFFS' STATEMENT OF
UNDISPUTED MATERIAL FACTS AND LEGAL ISSUES**

# DOCUMENT FILED UNDER SEAL

<table>
<tr>
<td valign="top">

*Of Counsel:*

Gerald A. Novack (*pro hac vice*)
Sarah P. Kenney (*pro hac vice*)
**KIRKPATRICK & LOCKHART
    PRESTON GATES ELLIS** LLP
599 Lexington Avenue
New York, New York 10022
212.536.3900 (Phone)
212.536.3901 (Fax)

</td>
<td valign="top">

John L. Reed (I.D. No. 3023)
Joseph B. Cicero (I.D. No. 4388)
**EDWARDS ANGELL PALMER & DODGE LLP**
919 North Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770 (Phone)
302.777.7263 (Fax)

</td>
</tr>
</table>

WLM 513042.1

## CERTIFICATE OF SERVICE

I, Joseph B. Cicero, hereby certify that on March 21, 2008 the attached **DEFENDANT FIXED INCOME DISCOUNT ADVISORY COMPANY'S RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS AND LEGAL ISSUES** was filed under seal with the Clerk of the Court and a copy was served upon the counsel of record in the manner indicated:

### VIA HAND DELIVERY

Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 North Market Street, Seventh Floor
Wilmington, DE 19801


DATED: March 21, 2008                    **EDWARDS ANGELL PALMER & DODGE LLP**


　　　　　　　　　　　　　　　　　　 */s/ Joseph B. Cicero*
　　　　　　　　　　　　　　　　　　 John L. Reed (I.D. No. 3023)
　　　　　　　　　　　　　　　　　　 Joseph B. Cicero (I.D. No. 4388)
　　　　　　　　　　　　　　　　　　 919 N. Market Street, 15th Floor
　　　　　　　　　　　　　　　　　　 Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　 302.777.7770
　　　　　　　　　　　　　　　　　　 302.777.7263
　　　　　　　　　　　　　　　　　　 jreed@eapdlaw.com
　　　　　　　　　　　　　　　　　　 jcicero@eapdlaw.com

WLM 513043.1