IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION and STEPHEN D. PESKOFF, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 06-099-SLR<br>) |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | )<br>)<br>)<br>) |
| Defendant. | ) |

### O R D E R

At Wilmington this 31st day of March, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion for partial summary judgment (D.I. 45) is denied.

2. Defendant's motion for summary judgment (D.I. 50) is granted.

3. Plaintiffs' motion to compel payment of discovery expenses (D.I. 59) is granted in part and denied in part. Plaintiffs shall file an affidavit demonstrating discovery expenses commensurate with the court's opinion on or before **April 15, 2008**. Defendant shall file a response in kind on or before **April 29, 2008**. Each response shall be no more than three pages and shall contain proposed orders.

    4. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiffs.

                                                                                             _____
                                                                                             United States District Judge