IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNDERHILL INVESTMENT CORPORATION and STEPHEN D. PESKOFF,<br><br>    Plaintiffs,<br><br>v.<br><br>FIXED INCOME DISCOUNT ADVISORY COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-099-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 31, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Fixed Income Discount Advisory Company and against plaintiffs Underhill Investment Corporation and Stephen D. Peskoff.

                                                  _____
                                                  United States District Judge

Dated: April 1, 2008

                                                  _____
                                                  (By) Deputy Clerk