IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNDERHILL INVESTMENT CORPORATION, *by and through Stephen D. Peskoff as successor in interest*, and STEPHEN D. PESKOFF, *individually*, | : : : : : : | Civil Action No. 06-0099-SLR |
| Plaintiffs | : : | |
| v. | : : | |
| FIXED INCOME DISCOUNT ADVISORY COMPANY, | : : : | |
| Defendant. | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Underhill Investment Corporation and Stephen D. Peskoff, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from: (1) the Opinion and Order of the trial court denying plaintiffs' motion for partial summary judgment and granting defendant's motion for summary judgment (D.I. 94-95), and (2) the final civil Judgment entered in this action on the 1st day of April, 2008 (D.I. 96). This Notice of Appeal timely follows the entry of the trial court's Opinion and Order disposing of the cross-motions for summary judgment. (D.I. 94-95).

Pursuant to Third Circuit Local Appellate Rule 3.1, a copy of this notice is today being provided to the trial judge, the Honorable Sue L. Robinson.

                Respectfully submitted,

Dated: April 30, 2008        STEVENS & LEE, P.C.

              By: */s/ Joseph Grey*
                Joseph Grey (DE Bar No. 2358)
                G. Thompson Bell, III, *pro hac vice*
                Pa. Attorney I.D. No. 32649
                Todd J. Cook, *pro hac vice*
                Pa. Attorney I.D. No. 89041
                1105 North Market Street
                Seventh Floor
                Wilmington, DE 19801
                TEL: (302) 654-5180
                FAX: (302) 654-5181
                EMAIL: jg@stevenslee.com
                    gtb@stevenslee.com
                    tjc@stevenslee.com

OF COUNSEL:

RUBEN & ARONSON, LLP

        Robert L. Ruben, *pro hac vice*
        D.C. Attorney I.D. No. 414580
        Marshall F. Berman, *pro hac vice*
        D.C. Attorney I.D. No. 020743
        4800 Montgomery Lane, Suite 150
        Bethesda, MD 20814
        TEL: (301) 951-9696
        FAX: (301) 951-9636
        EMAIL: rruben@randalaw.com
           mberman@randalaw.com

*Attorneys for Plaintiffs Underhill Investment Corp. and Stephen D. Peskoff*

### CERTIFICATE OF SERVICE

I, Joseph Grey, Esquire, certify that on this 30th day of April, 2008, and in addition to the service provided under the Court's CM/ECF system, I served true and correct copies of the foregoing Notice of Appeal upon the following individuals by United States Mail, postage prepaid, and addressed as follows:

>John L. Reed, Esquire
>Denise Seastone Kraft, Esquire
>EDWARD'S ANGELL PALMER & DODGE LLP
>919 North Market Street, 15th Floor
>Wilmington, DE 19801
>
>Gerald A. Novack, Esquire
>KIRKPATRICK & LOCKHART
>PRESTON GATES ELLIS LLP
>599 Lexington Avenue
>New York, New York 10022
>
>The Honorable Sue L. Robinson
>United States District Court
>844 North King Street, Lock Box 31
>Wilmington, DE  19801

>*/s/ Joseph Grey*
>Joseph Grey

SL1 813352v1/100409.00001